E-FILED
Monday, 13 January, 2020  11:54:34 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30067-2 |
| | ) | |
| WILLIE HEDDEN, | ) | *The Honorable* |
| | ) | *Richard Mills,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

## MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE AND TRIAL SETTINGS

**NOW COMES** Defendant, WILLIE HEDDEN, by and through his attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and for his Motion to Continue the Initial Pretrial Conference and Trial Settings, states to this Honorable Court as follows, that:

1.     The Initial Pretrial Conference in this cause was previously scheduled for January 24, 2020, at 11:00 a.m., before the Honorable Magistrate Judge Tom Schanzle-Haskins.

2.     The Jury Trial in this cause was previously scheduled for February 4, 2020, at 10:00 a.m., before the Honorable Judge Richard Mills.

3.     In that the first-scheduled pretrial setting is two weeks away and an initial tender of discovery was just recently transmitted to counsel, Defendant and his counsel have yet to review and analyze the discovery in this cause.

4.     Defendant is thus presently unable to assess the strength of the Government's case, nor make intelligent decisions as to how to proceed going forward.

5.     Defendant respectfully prays that this Honorable Court continue the Initial Pretrial Conference and Jury Trial for an approximate additional sixty (60) days, or to some future setting at the Court's discretion.

6.     The Government has been consulted as to this Motion and poses no objection to the relief requested herein.

7.     Any and all delay shall be occasioned by the actions of the Defendant.

8.     Neither the rights of the Government, nor those of the Defendant, will be jeopardized by the granting of the relief prayed for herein.

9.     This Motion is not brought for the purposes of delay; the ends of justice served by granting this continuance outweigh the

best interests of the Defendant and the public in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

**WHEREFORE,** Defendant, WILLIE HEDDEN, respectfully prays that this Honorable Court, for all of the reasons set forth herein, continue his Initial Pretrial Conference and Trial Settings, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By:        /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

Mr. James E. Elmore, Esq.
808 South Second Street
Springfield, IL 62704

Mr. Victor B. Yanz
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Willie Hedden
415 Camden Road
Mt. Sterling, IL 62353

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.co

4