IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 19-cr-30067-2 |
| WILLIE HEDDEN, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE

**NOW COMES** Defendant, **WILLIE HEDDEN,** by and through his attorneys, Mark Kevin Wykoff and James E. Elmore, and for his Motion to Continue states as follows:

1. This matter is set before this Honorable Court for Initial Pretrial Conference on April 29, 2020, at 9:00 a.m. and for Trial on May 12, 2020, at 10:00 a.m.

2. The parties are continuing to work on a resolution of this matter with the Government and the parties need additional time to do so.

3. Counsel for the Defendant, James E. Elmore, has consulted with Assistant United States Attorney Timothy A. Bass, representing the Government, and he has no objection to a continuance of this matter.

4. This continuance is not being sought for the purpose of delay but in the interest of justice.

**WHEREFORE**, Defendant, **WILLIE HEDDEN**, prays this Court continue the Initial Pretrial Conference scheduled on April 29, 2020, at 9:00 a.m. and the Trial scheduled on May 12, 2020, at 10:00 a.m. to a date convenient for all parties in excess

of at least sixty (60) days and for such other and further relief as this Court deems just and equitable.

**WILLIE HEDDEN, Defendant**
BY:   s/ James E. Elmore
James E. Elmore
Attorney For Defendant
ELMORE & REID
808 South Second Street
Springfield, IL   62704
Telephone:   217/523-2340
Fax:            217/523-2549

## CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

 Mr. Timothy A. Bass
 Assistant U.S. Attorney
 Central District of Illinois
 318 South 6th Street
 Springfield, IL   62701

7and I hereby certify that on April 24, 2020, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

 Mr. WILLIE HEDDEN

s/ James E. Elmore
James E. Elmore
Attorney For Defendant
ELMORE & REID
808 South Second Street
Springfield, IL   62704
Telephone:   217/523-2340
Fax:            217/523-2549
E-mail:   **elmoreandreid@sbcglobal.net**
