E-FILED
Wednesday, 15 July, 2020  12:31:34 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30067-2 |
| | ) | |
| WILLIE HEDDEN, | ) | *The Honorable* |
| | ) | *Richard Mills,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

### DEFENDANT HEDDEN'S RESPONSE TO DEFENDANT ALEX BANTA'S THIRD MOTION TO CONTINUE THE PRESENTLY SCHEDULED PRE-TRIAL AND TRIAL DATES

**NOW COMES** Defendant, WILLIE HEDDEN, by and through his attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and responds as follows to Defendant Alex Banta's Third Motion to Continue the Presently Scheduled Pre-Trial and Trial Dates (d/e #47):

1. On or about July 15, 2020, Defendant Alex Banta, through counsel, filed a Third Motion to Continue the Presently Scheduled Pre-Trial and Trial Dates (d/e #47).

2. Defendant, WILLIE HEDDEN, agrees with and joins with Defendant Alex Banta that a continuance is appropriate and

1

supported by the ends of justice and the public in a speedy trial. 18 U.S.C. § 3161(H)(8)(A).

3.    Undersigned counsel has conferred with counsel for the Government who poses no objection to the relief sought herein.

**WHEREFORE,** Defendant, WILLIE HEDDEN, respectfully prays that this Honorable Court, for all of the reasons set forth herein, continue his Pre-Trial and Trial Settings, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By:     /s *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

Mr. James E. Elmore, Esq.
808 South Second Street
Springfield, IL 62704

Mr. Victor B. Yanz
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Willie Hedden
415 Camden Road
Mt. Sterling, IL 62353

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.co

3