IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30067-2 |
| | ) | |
| WILLIE HEDDEN, | ) | *The Honorable* |
| | ) | *Richard Mills,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

### MOTION TO VACATE CHANGE OF PLEA HEARING

**NOW COMES** Defendant, WILLIE HEDDEN, by and through his attorneys, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and James E. Elmore of Elmore and Reid, and for his Motion to Vacate Change of Plea Hearing, states to this Honorable Court as follows, that:

1. A Change of Plea Hearing was previously scheduled for January 26, 2021, at 2:00 p.m. before the Honorable Judge Richard Mills.

2. Last week, Defendant had an unexpected and unfortunate medical event that required hospitalization.

3. So as to afford the Defendant an appropriate period of time to recuperate to ensure that his anticipated plea of guilty is

1

knowing, intelligent and voluntarily made, Defendant respectfully prays that his change of plea setting be vacated.

4. The parties will contact the Court to obtain a new change of plea setting henceforth.

5. The Government has been consulted as to this Motion and poses no objection thereto.

6. Any and all delay shall be occasioned by the actions of the Defendant.

7. Neither the rights of the Government, nor those of the Defendant, will be jeopardized by the granting of the relief prayed for herein.

8. This Motion is not brought for the purposes of delay; the ends of justice served by granting this continuance outweigh the best interests of the Defendant and the public in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**WHEREFORE,** Defendant, WILLIE HEDDEN, respectfully prays that this Honorable Court, for all of the reasons set forth herein, vacate his change of plea setting, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail:mark@wykofflaw.com

By: /s/ *James E. Elmore*
James E. Elmore
Reg. No. 6184214
Attorney for Defendant
Elmore & Reid
808 South Second Street
Springfield, Illinois 62704
Telephone: (217) 523-2340
Fax: (217) 523-2549
E-mail:elmoreandreid@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Timothy A. Bass, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>318 South Sixth Street<br>Springfield, IL 62701 | Mr. James E. Elmore, Esq.<br>808 South Second Street<br>Springfield, IL 62704 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Willie Hedden
415 Camden Road
Mt. Sterling, IL 62353

| | |
|---|---|
| /s/ *Mark Kevin Wykoff, Sr.*<br>Mark Kevin Wykoff, Sr.<br>Reg. No. 6292093<br>Attorney for Defendant<br>Wykoff Law Office, LLC<br>919 South Eighth Street<br>Springfield, Illinois 62703<br>Telephone: (217) 522-3319<br>Fax: (217) 522-4147<br>E-mail: mark@wykofflaw.com | /s/ *James E. Elmore*<br>James E. Elmore<br>Reg. No. 6184214<br>Attorney for Defendant<br>Elmore & Reid<br>808 South Second Street<br>Springfield, Illinois 62704<br>Telephone: (217) 523-2340<br>Fax: (217) 523-2549<br>E-mail: elmoreandreid@sbcglobal.net |