UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-CR-30067 |
| ) | |
| TODD SHEFFLER, WILLIE HEDDEN, ) | |
| and ALEX BANTA, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Eugene L. Miller, Assistant United States Attorney, hereby enters his appearance in this case on behalf of the United States of America.

Respectfully submitted,

DOUGLAS QUIVEY
Acting United States Attorney

s/Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

> s/ Eugene L. Miller
> Eugene L. Miller, Bar No. IL 6209521
> Assistant United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> Phone: 217/373-5875
> Fax: 217-373-5891
> eugene.miller@usdoj.gov