# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 19-30067 |
| **TODD SHEFFLER,** **WILLIE HEDDEN, and** **ALEX BANTA,** | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**SUE E. MYERSCOUGH, United States District Judge:**

This order summarizes the rulings from the final pretrial conference held on June 23 and 25, 2021.

## Jury Instructions

At the final pretrial conference, the Court made the following rulings concerning the parties' proposed jury instructions:

(1) Neither Defendant Todd Sheffler nor Defendant Alex Banta had objections to the Government's proposed jury instructions or proposed amended jury instructions.

(2) The Government's proposed jury instructions will be GIVEN WITHOUT OBJECTION, except for Instruction Numbers 30, 31, 45 and 46, which did not properly reflect that there are three Defendants charged in Count Two, not just a single Defendant.

(3) The Government's Instruction Numbers 30A, 31A, 44A and 45A, which properly reflect that three Defendants are charged in Count Two, will be GIVEN WITHOUT OBJECTION.

(4) Defendant Alex Banta agreed to withdraw Instruction Numbers B1, B2, B4, B5, B6, B7, B8, B11, B12, B14, B15, B16 and B17.

(5) Defendant Banta's Instruction Number B3 will be GIVEN WITHOUT OBJECTION. Defendant Banta's Instruction Number B9 will be GIVEN WITHOUT OBJECTION, if such evidence is admitted. Defendant Banta's Instruction Number B10 will be GIVEN WITHOUT OBJECTION, if such evidence is admitted. Defendant Banta's Instruction Number B12A will be GIVEN WITHOUT OBJECTION.

Defendant Banta's Instruction Number B13 will be GIVEN WITHOUT OBJECTION.

(6) Defendant Todd Sheffler agreed to withdraw Instruction Numbers S1, S2, S3, S4, S5, S6, S7, S8, S10, S11, S12, S13, S14, S15, S17, S18 and S19.

(7) Defendant Sheffler's Instruction Numbers 9 and 16 will be GIVEN WITHOUT OBJECTION, if justified by the evidence.

(8) The parties are directed to resubmit clean versions of their jury instructions prior to trial.

## Motions in Limine

At the final pretrial conference, the Court made the following Rulings on the motions in limine submitted by the parties:

(1) The Court deferred ruling on Defendant Alex Banta's Motion for an Order Requiring the Government to file its Proffer regarding Co-Conspirator Hearsay Statements which the Government intends to use at Trial [d/e 46]. The Government will file a written proffer by June 29, 2021 if the parties do not reach a resolution.

(2) For the reasons stated on the record, Defendant's Banta's Motion in Limine No. 1 for entry of an Order protecting

Banta's rights under Bruton v. United States [d/e 58] was DENIED AS MOOT.

(3) Defendants Banta and Sheffler's Motion in Limine No. 2 [d/e 80] was GRANTED in part and DEFERRED in part as to certain issues.

(4) Defendants' Motion in Limine No. 3 [d/e 81] was GRANTED in part and DENIED in part.

(5) It was noted that Defendants' Motion in Limine No. 4 [d/e 82] was withdrawn prior to the final pretrial conference.

(6) Defendants' Motion in Limine No. 5 relating to the Daubert objections to Dr. Collier's opinion [d/e 83] was DENIED with leave to re-file. Defendants have withdrawn the portion of the motion relating to compliance with Rule 16 disclosure requirements as to expert witnesses.

(7) Defendant Banta's Motion in Limine No. 6 for entry of an Order protecting Banta's rights pursuant to Bruton v. United States [d/e 84] was DENIED AS MOOT.

(8) The Court deferred until trial ruling on Defendants' Motion in Limine No. 7 relating to the admission of certain testimony [d/e 85].

(9) Defendant Todd Sheffler's Motion to Sever Trial from co-Defendant Alex Banta due to prejudicial joinder [d/e 88] was DENIED.

(10) The Government's Motion in Limine for the Court's Pre-Trial Inquiry of Counsel for Defendant Sheffler [d/e 90] was withdrawn by the Government.

### Other Matters

(1) All parties agreed to a continuance of the jury trial. Jury trial continued to August 3, 2021 at 9:00 a.m., with jury selection to commence on August 2, 2021 at 9:00 a.m. Defendants Sheffler and Banta personally acknowledged their right to a speedy trial and agreed to a continuance. The Court found that granting a continuance is in the interest of justice and outweighs the Defendants' and the public's right to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), and also is consistent with the Court's Amended General Order Regarding the COVID-19 Public Emergency. The Court denied Defendant Sheffler's oral motion to continue the trial to November 2021.

(2) All parties have consented to Magistrate Judge Schanzle-Haskins impaneling the jury. Proposed non-routine voir dire offered by the parties will be addressed by Judge Schanzle-Haskins.

(3) The Court informed the parties that in recent trials, the Court first called in only vaccinated members of the jury pool prior to calling unvaccinated members of the pool, if necessary. Both Defendants have objected to that practice. The Court and parties will address the issue closer to the trial date. The issues of masks and jury questions will also be addressed closer to trial.

(4) Any stipulations shall be filed, in writing, signed by all parties prior to trial.

ENTER: June 30, 2021

/s/ *Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE