E-FILED
Monday, 06 December, 2021  10:32:41 AM
Clerk, U.S. District Court, ILCD

**IN UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO.  19-cr-30067** |
| | ) | |
| **TODD SHEFFLER,** | ) | |
| **WILLIE HEDDEN, and** | ) | |
| **ALEX BANTA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

**NOW COMES** JAMES E. ELMORE of ELMORE & REID, Attorneys At Law, and hereby requests this Honorable Court to grant this Motion To Withdraw as Counsel.  In support of this Motion, JAMES E. ELMORE states as follows:

1.     Attorney JAMES E. ELMORE is co-counsel of record for Defendant, WILLIE HEDDEN, in this matter.

2.     Defendant, WILLIE HEDDEN, is also represented by Attorney Mark K. Wykoff, Sr.

3.     Defendant, WILLIE HEDDEN, is scheduled for sentencing in this matter on January 10, 2022, at 11:00 a.m.

4.     Attorney JAMES E. ELMORE, is retiring from his law practice effective December 31, 2021.

**WHEREFORE,** JAMES E. ELMORE respectfully requests this Honorable Court allow him to withdraw as the attorney of record for Defendant, **WILLIE HEDDEN,** and for such other and further relief as this Court deems just and equitable.

                                        **WILLIE HEDDEN, Defendant**
BY:    s/ James E. Elmore
           James E. Elmore
           ELMORE & REID
           808 South Second Street
           Springfield, IL  62704
           Telephone:   217/523-2340
           Fax:        217/523-2549

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Gregory M. Gilmore
    U.S. Attorney's Office
    Central District of Illinois
    318 South 6th Street
    Springfield, IL  62701

and I hereby certify that on December 6, 2021, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

    Willie Hedden

                s/ James E. Elmore
                James E. Elmore
                Attorney For Defendant
                ELMORE & REID
                808 South Second Street
                Springfield, IL  62704
                Telephone:   217/523-2340
                Fax:        217/523-2549
                E-mail:  elmoreandreid@sbcglobal.net