# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30067-2 |
| | ) | |
| WILLIE HEDDEN, | ) | *The Honorable* |
| | ) | *Sue E. Myerscough,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

## MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES** Defendant, WILLIE HEDDEN, by and through his attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and for his Motion to Continue Sentencing Hearing, states to this Honorable Court as follows, that:

1. Defendant's sentencing hearing was previously scheduled for January 10, 2022, at 11:00 a.m.

2. On or about October 22, 2021, his co-defendants' jury trial was continued to January 3, 2022.

3. Defendant respectfully moves to continue his sentencing hearing for an approximate ninety (90) days in that his cause is intertwined with that of his co-defendants.

4. The Government has been consulted as to this Motion and poses no objection to the relief requested herein.

5. Any and all delay shall be occasioned by the actions of the Defendant.

6. Neither the rights of the Government, nor those of the Defendant, will be jeopardized by the granting of the relief prayed for herein.

7. This Motion is not brought for the purposes of delay; the ends of justice served by granting this continuance outweigh the best interests of the Defendant and the public in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**WHEREFORE,** Defendant, WILLIE HEDDEN, respectfully prays that this Honorable Court, for all of the reasons set forth herein, continue his sentencing hearing, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Willie Hedden
415 Camden Road
Mt. Sterling, IL 62353

                                           /s/ *Mark Kevin Wykoff, Sr.*
                                           Mark Kevin Wykoff, Sr.
                                           Reg. No. 6292093
                                           Attorney for Defendant
                                           Wykoff Law Office, LLC
                                           919 South Eighth Street
                                           Springfield, Illinois 62703
                                           Telephone: (217) 522-3319
                                           Fax: (217) 522-4147
                                           E-mail: Mark@WykoffLaw.co