# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30067-2 |
| | ) | |
| WILLIE HEDDEN, | ) | *The Honorable* |
| | ) | *Sue E. Myerscough,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

## MOTION FOR EXTENSION OF TIME
## TO FILE SENTENCING COMMENTARY

**NOW COMES** Defendant, WILLIE HEDDEN, by and through his attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and for his Motion for Extension of Time to File Sentencing Commentary, states to this Honorable Court as follows, that:

1. On or about January 3, 2023, this Honorable Court entered a Text Order directing the Defendant to file his Sentencing Commentary on or before March 7, 2023.

2. Undersigned counsel was previously scheduled to be out of the jurisdiction from February 23, 2023, through March 5, 2023, and thus will be unable to adequately prepare Defendant's Sentencing Commentary.

1

3.   For the reasons set forth above, Defendant respectfully requests a filing extension for exactly one week, that being to March 13, 2023.

4.   The Government has been consulted as to this Motion and poses no objection to the relief requested herein.

5.   Any and all delay shall be occasioned by the actions of the Defendant.

6.   Neither the rights of the Government, nor those of the Defendant, will be jeopardized by the granting of the relief prayed for herein.

7.   This Motion is not brought for the purposes of delay; the ends of justice served by granting this continuance outweigh the best interests of the Defendant and the public in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

**WHEREFORE,** Defendant, WILLIE HEDDEN, respectfully prays that this Honorable Court, for all of the reasons set forth herein, extend his Sentencing Commentary deadline for exactly one week, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: mark@wykofflaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Willie Hedden
415 Camden Road
Mt. Sterling, IL 62353

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: mark@wykofflaw.com