E-FILED
Monday, 20 March, 2023  04:05:52 PM
Clerk, U.S. District Court, ILCD

March 11th, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Brian Hedden, I am 42 years old. I am the Northern Region Director of Sales for Timewell Drainage. I am married with a son and three daughters. Willie Hedden is my brother.

I am composing this letter to you today with very shaky hands. I am unsure of what to say or how to even start a letter like this. Every time I sit and think about it all I picture is us as kids growing up.

When I was a child, the immediate family that I grew up in consisted of mom, dad, my brother Jason, my brother Willie, and myself. We were lower class for sure, but my father worked very hard to earn a living for us. For a few years, every day he even drove two hours one direction to work construction. While he was working long hours and coming home late, my mother took care of home, and my two older brothers allowed me to tag along with them and always looked out for me. I guess that's what I think about most every time I think about Willie. He is just two years older than I am so we were always together. To me, he was the greatest and I looked up to him the most. He had great friends that treated me good, excelled at school and sports, always respectful, and was undoubtedly always doing the right thing. He made my life growing up easy, because all I had to do was follow his lead. If I did, than I couldn't go wrong.

Not only did he set a good example, but when I needed it, he would stop, turn around, pick me up, dust me off, and put me back on my feet. This has continued to hold true through our entire lives.

There was one day when we were kids that has always stuck with me. I was around 8 or 9 years old; Willie was around 10 or 11 and we had saved enough quarters for each of us to go buy a soda from the soda machine. This was a big deal as we had to ride our bikes across town, across main street, and clear to the grocery store. He and I loaded up and made the trip.

We each got a bottle of grape soda and were getting ready to head back when I hit a bump and jarred the bottle from my hand. I dropped my soda which was a big problem back then because the bottles were glass. It shattered everywhere. I sniffled and tried to not cry. Willie, without missing a beat, got off his bike picked up the glass threw it away, and handed me his bottle. He told me everything would be fine, and to just hang on tighter this time. We headed back home, and I've help on to the memory for my entire life.
That is the best way that I can describe my brother's character.
I cannot stop thinking about that day all those years ago.
That moment and this moment have collided in a way that I never could had imagined. I am unsure how to process it and move forward.

Please believe me when I say that it is not, and will never be lost on me how tragic the crimes are that my brother committed and has admitted to committing against Mr. Larry Earvin. My heart aches for Mr. Earvin's family. I am sorry for their great loss, and for what they have had to go through over the last several years. I pray that they are able to heal and one day forgive my brother for the hurt and pain that he has caused them.

I did not comprehend the magnitude of how earth shattering an event like this could be for everyone close to the people involved. These past 5 years could not have been more difficult. My nephews and niece have had their pillar shattered. My parents have aged way beyond their years. They tragically lost our oldest brother Jason years before all of this. I am not sure they will survive losing another son.

My brother is a shell of the man he was before all of this. His remorse has crushed him mentally and physically. He carries with him an extremely heavy burden.

I wish nothing more than to be able to pick Willie up, brush him off, and put him back on his feet. But all I can do is pray that our good lord graces you with merciful hands.

Please, Judge Myerscough, can you give us leniency? Please give my mom and dad hope that they will see their son again, in the way that he was raised, before falling so far.

Sincerely Yours,


Brian Hedden




Copy to:
    (1) Assistant U.S. States Attorney
    (2) United States Probation Office
    (3) Attorney Mark K. Wykoff, Sr.

March 13th, 2023
The Honorable Sue E.Myerscough U.S. District Court Judge
600 East Monroe Street Springfield, IL 62701

Dear Judge Myerscough,

My dad is everything to me and my family is everything to him. Not a day went by my dad wasn't providing for our family doing everything he could, to be a perfect father, to give us everything we ever wanted and also give us as close to a perfect life as he possibly could; While being a single father with a half crazy ex wife, that wanted child support out of the ass(ha ha..)That alone is extremely stressful and hard on a man but my dad is not the type of person who would of ever let that show. No matter what, he woke up and continues to everyday with a smile on his face ready to spark up a conversation and be friendly to anyone.

No matter the circumstance, my dad is always on my side and has my back against anything and anybody. I wasn't the best kid throughout school but he was always there on my side defending me, doing everything he could to better me and keep me positive about it. Without him, I straight up wouldn't have made it through school. I can't even begin to think of this new chapter of life after high school, becoming a man and becoming successful without him. Right there by my side, doing everything he can to watch me succeed. My dad will, and always has defended his loved ones with everything he's got until the very end, no matter the circumstances.

I remember when my dad took the night shift just for a pay raise to provide for us and spoil us even more than what he already did. Not because he wanted to but because that's what he felt was right. Even working night shift he wouldn't miss a single game or miss a single call if you ever needed something. I remember him constantly pulling all-nighters to make it to every single one of my sister's softball tournaments, my baseball games and my brother's football. No matter how tired he was, he was going to show up and do everything and anything he could for us.

My dad keeps everything together, without him shits hard. I can't even imagine nor think about a life without seeing and doing stuff with him whenever I want or need him. There's not many people out there with the heart my dad has. No matter what, he's got your back, doing everything he can to protect and provide for the ones he loves. Through thick and thin my dad will always be the one you can always count on to be there and protect and provide for the ones he loves.

Judge Myerscough, please consider every option. I need my dad. I just want the dad I know and love with everything I've got to be back to the Willie Hedden that has kept me and my family's world going.

March 13th, 2023
The Honorable Sue E.Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Gracie Hedden. I am a senior at Brown County High school, furthering my education in the fall of August at Western Illinois University. There I will be minoring in american sign language and majoring in speech pathology. I am writing to you on behalf of my father, Willie Hedden, who will soon be sentenced in your court. I am writing to you today knowing full well of the crimes my father has pleaded guilty to. My purpose of writing this letter is to assist you in making an informed decision, while also knowing the true character of my father.

I have put this off for as long as I could because I could not quite write into a condensed letter how much my father means to me, my family, my friends, and my teammates. Growing up my father has become my best friend. Throughout everything he has dealt with on his own - a divorce, becoming a single father - he has continued to be a strong father figure in my life. There are many memories I could talk about that there are between him and me, but for as long as I can remember sports has been something that we could fully connect on. Growing up I was always going to my brothers' football, basketball, baseball, and track games. My dad was at every single one and he soon started balancing all those games with my activities: dance, travel volleyball, travel basketball, and travel softball. My father was at every single one of my games cheering me on, keeping statistics, and trying to make me the best player. We spent many summer days in our yard catching fly balls, hitting grounders, and working on footwork. Those memories are something I will never forget, and I look forward to him being able to do those same things with my children, eventually. One more thing that I will always cherish that my father continues to do for me, is get me flowers for every occasion. Whether he sends them to me just because he knows I am having a rough week, or because I have a big game coming up. With those flowers always comes a little card, in which he always writes "I love you". This year there was one card that was really special to me in which he writes "My Homecoming Queen!" He sent those flowers to the school during homecoming week, in which I was voted homecoming queen - when I read that card I knew it was something special. All those cards have been collected over the years, and I have a whole box filled with them.

As I will soon be going to college and trying to deal with life on my own, I know my father has prepared me for it all. Sports have always been something big to my father, but he has reminded me throughout that school will always come first. He has pushed me throughout middle school and high school to focus on my grades, and that has allowed me to receive scholarships based on my academic achievements. Not only did he help me achieve that, he has also taught me work ethic. I have been working multiple jobs during school and during the summer to help pay towards college. This past summer while I was working two jobs, I also decided to go through a summer program to receive my Certified Nursing Assistant certification. Doing that during the summer had me miss a lot of time with my friends and family, yet anytime I would talk about the struggle to my dad he reminded me that once it was done there was high reward and I would be glad I stuck with it. Now, I have my certification while also having made many memories with my friends and family because my father reminded me no matter how difficult it gets to always keep going.

These past five years have had a major toll on me. Being my father's "little girl," it has been a struggle seeing him have to deal with the major consequences of his actions. My brothers have recognized the struggle, mentally and physically, that my father has gone through even while not living with him. Being the one child left at the house to take care of my father throughout this time has been a major wake up call. Not only have I seen him struggle to get out of bed and take care of himself, I have seen him go through many emotions. I have seen him go through regret, remorse, anger, and depression. Yet, through all of that, he never lets it show outside of the house. He continues to put on a brave face for the sake of his family, friends, and community. He has continued to work multiple jobs to support his family, remaining fully dedicated to making us happy, along with being at every single one of my games, cheering on not only me but my teammates. While there are some days we don't get along, I know that my father is the only person who would do anything to protect me and make sure I am happy. Throughout everything he has had to overcome, he has continued to be an outstanding and loving father.

Judge Myerscough, throughout this process I am asking you to please keep in mind that this letter isn't in any way lessening the severity of the decisions my father has made. I am telling you this information in hope you take it into consideration while making a decision. I am asking you to give me my father back, the father I know. In some way, give my father hope that there is light at the end of the tunnel- give him something back that he hasn't been able to see for the past five years.

Sincerely,

Gracie Hedden

March 7th, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Ethan Hedden. I am a senior at Washington University in Saint Louis, double majoring in Computer Science and Economics. After my graduation in May, I will be working with the technology company Amazon as a Software Engineer. I am writing to you on behalf of my father, Willie Hedden, who will soon be sentenced in your court. I write to you today with full knowledge of the crimes my father has pleaded guilty to. I have no intention of downplaying the severity of them, nor am I ignorant of the lengthy prison time he could face should this court choose to impose it. My only purpose is to assist you in making an informed decision and illuminate the character of my father.

I've struggled over the past few days with how to condense who my father is and what he means — what he means to a son, to a family, and to a community — into a single letter. My father was, is, and forever will be dedicated to his children. When my mother became pregnant with me while she was in college, my father dropped out of university and found the highest paying job he could in our hometown — a corrections officer at the Western Illinois Correctional Center — to provide for his new family. After my parent's divorce in 2008, unlike most young single dads from my hometown, who tend to slip into the background of their children's lives, my father turned into "Super Dad". I still have memories of the "routine" my sister, my brother, and I shared growing up at his house: we would wake up to our toothbrushes laid out in the bathroom, our outfits for the day laying on our beds, and breakfast ready on the table. As his children grew up and became involved in school sports and extracurriculars, so did he. He coached two seasons of my youth football team and carted me across the entire state of Illinois for various Tae-Kwon-Do tournaments and travel baseball leagues. Every game, tournament, or event that me or my siblings took part in, my father was present.

I attribute much of the success I've had in life to the work ethic my father has instilled in me. He worked extremely hard to send me and both of my siblings to a private Catholic school for my elementary and middle school education — the best education available from my small hometown. Dad would regularly pick up overtime shifts and work holidays to ensure our family had enough to cover the expenses of 3 extremely active kids — never complaining, or expressing bitterness for the amount of work he has to put in. During the past 3 years, when my mother was in the worst stages of her alcoholism, Dad effectively became the sole provider for me and my siblings. Finances were extremely tight, but he somehow managed to make ends meet — all the while juggling his legal obligations and maintaining a strong presence in our lives. He never faltered, and that is what I admire the most.

These past 5 years have exacted a heavy toll on my father — mentally and physically. He has suffered two heart attacks and a general deterioration of his health. I have had the agonizing experience of watching the remorse, regret, fear, and depression slowly destroy him. There are some days when he walks around as a shell of the man I remember growing up. In spite of this, he has remained dedicated to his children and family. He currently works 2 jobs to support us. He has continued to attend every single one of my sisters volleyball and basketball games, where he regularly tracks statistics for the team. He calls me weekly to catch up and ask how my classes are going. He has managed to continue

being an outstanding father while also carrying the burden of past actions, as well as the knowledge of what is to come.

Judge Myerscough, I am asking for leniency. I am asking for mercy. I am asking you to give us our father back.  I am asking you to give him a light at the end of the tunnel — something that he hasn't had in a long time.

Yours Sincerely,


Ethan Hedden

March 10, 2023


The Honorable Sue E. Myerscough

U.S. District Judge

600 East Monroe Street

Springfield, Illinois 62701


Dear Judge Myerscough,

I'm writing this letter in support of and as a character reference for Willie Hedden.

I'll begin with some personal background on myself. I was born and raised in Springfield, Illinois, graduating from Springfield High School in 1971. I enlisted in the U.S. Air Force in 1972. From 1974 until 1980 I was a Sangamon County Deputy Sheriff, working as a patrol deputy, a detective and a Sergeant in patrol and corrections.

In 1980 I applied, was accepted and began training to become a Trooper by the Illinois State Police, graduating in July 1980. During my career on the ISP I was a patrol officer, Field Training Officer, Crash Reconstruction Specialist, field supervisor, Shift Commander, Tactical Response Team member and supervisor, and an instructor at the ISP Academy as well as in-service trainer at the district level. I retired as a Sergeant in 2006, after over 26 years of service.

In 2010, I successfully ran and was elected to the office of Brown County Sheriff, running un-opposed and re-elected in 2014 and 2018. I retired in July 2022. Throughout my law enforcement career, this case is the ONLY serious incident that I can recall that Willie Hedden was ever involved in.

I have known Willie Hedden's family since 1980, when I was assigned to live in Mount Sterling upon graduating from the ISP Academy. While on the ISP I worked with his mother, Debbie Hedden, when she was a Brown County Deputy Sheriff and assigned as a member of the West Central Illinois Task Force.

In a small town, one gets to know almost everyone and their families. I had the opportunity to see Willie as he grew up, progressed through school and reached adulthood. I've had closer contact with Willie for the last 15 years, as his children are close in age to my twins and attended school together at St. Mary School and Brown County High School, participating together in various sports and school activities.

I am aware of the charges and conviction against Willie, as I was still in office when the incident took place at Western Illinois Correctional Center. However, neither myself nor my office was involved in investigation. It is my understanding that he cooperated during the investigation.

I believe that Willie is basically a caring and competent person who was involved in circumstances that were beyond anything he had ever encountered. Upon reflection it appears he realized what he had done was wrong and attempted to make any amends that were possible.

Willie is a good father who dotes upon his children. He is always in attendance at their school functions and sporting events. He has done all he could to give them proper up-bringing to become good, productive members of society.

I believe Willie has realized his actions were totally wrong, admitted his guilt and cooperated and assisted with the investigation and prosecution of those involved in these heinous acts. He has lived with the prospect of incarceration for quite some time, which I can only imagine has weighed heavily on his mind.

For all the reasons stated above I request your understanding and lenience by imposing a minimum sentence. Please feel free to contact me if I can be of any further assistance in your deliberations.

Respectfully submitted,

Karl H. Groesch

Mr. Karl H. Groesch

Sergeant, Illinois State Police (Retired)

Brown County Sheriff (Retired)



Copy to:

Assistant U.S. Attorney

United States Probation Office

Attorney Mark K. Wykoff, Sr.

March 10, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL  62701

RE:  Willie Hedden Sentencing

Dear Justice Myerscough,

I write to you today on behalf of Willie Hedden to request leniency in his sentencing.  As you know, I served as judge in the 8th Circuit for 20 years until I retired 4 years ago.  Information contained in this letter comes both from my time on the bench and from my knowledge of Mr. Hedden personally.

I have known Mr. Hedden since he was a child.  He went to school with my daughters and was best friends with my son-in-law through elementary and much of high school.  In order to prepare this letter, I have discussed Mr. Hedden with my son-in-law in addition to the knowledge I have of him personally.  I have not visited Mr. Hedden in his home nor has he visited in mine.  However, I would describe our relationship as friendly.  As an example, I was out for a walk and Willie was driving by.  He stopped and rolled down the window to visit (It is something people do in a small town).  I asked what he was doing in my part of town.  He said his son had forgotten to move his laundry and he was going to his house to put his laundry in the dryer.  Another time, I saw him at the beauty shop and he said he wanted to give me his son's phone number so that I could call him if I had an emergency (his son lives across the street and I live alone).

I am well aware of the charges against Mr. Hedden and the possible penalties.  I am further aware of the basic facts that gave rise to those charges. It is my understanding that Mr. Hedden pled guilty and all terms of sentencing were left to the judge.

Reasons for requesting leniency:

1.  From cases I heard on the bench and from numerous
    conversations with individuals in the community, I could
    name at least another 10 reasonably decent individuals
    who believe that the lives of inmates in the correctional
    center have no value and those young men could instead
    be sitting where Mr. Hedden sits.  I say this not in any
    way to excuse Mr. Hedden's behavior, but to describe to
    the Court the culture both in our community and in the
    prison where he was employed.

2.  When he was in high school, Willie displayed the ability
    to be a leader.  As one of the captains on the football
    team, he encouraged the members of the team in their
    performance while still requiring them to follow rules
    and directions. As a friend, my son-in-law described him
    as both loyal and protective of his friends.

3.  By pleading guilty, Mr. Hedden has taken responsibility
    for his part in the actions which caused the death of the
    victim.  He has testified honestly and forthrightly in the
    trials of his co-defendants with no promise from the U.S.
    Attorney of any deal as to sentencing. In addition, he has
    shown remorse for his offenses.

4.  Mr. Hedden has the potential to be a valuable and
    contributing member of the community.  This is just one
    example of his potential.  For a time after his release, Mr.
    Hedden worked for Jennings Brothers who provide
    garbage services in Mt. Sterling. This is obviously not a
    glamorous job.  Generally, Jennings employees would
    empty the garbage, toss the can into the yard and leave
    pieces of garbage strewn about the yards. Mr. Hedden
    approached the job as if it were important.  He returned
    the cans to where they belonged and the yard was always
    neat.  My friend who has Stage 4 cancer said that he
    would always return her garbage cans to her garage so
    that she didn't have to do that herself.  I heard similar
    stories from a number of other elderly residents.

5.    Mr. Hedden's family needs him to be involved in their lives. I am certain the Court has been informed of how successful the Hedden children are. I know that Mr. Hedden played a primary part in that success. They are still young enough to need his guidance. I believe they all expect their father to spend time in prison. However, a lengthy sentence could be difficult for them both socially and emotionally.

Thank you for allowing me the opportunity to speak on Mr. Hedden's behalf.

Respectfully,

Diane M. Lagoski

**The Honorable Sue E. Myerscough**
**U.S. District Court Judge**
**600 East Monroe Street**
**Springfield, IL 62701**

The Honorable Sue E. Myerscough,

I am Melissa Markert a lifelong resident of Brown County. I am a caseworker at Two Rivers Regional Council of Public Officials in Mt. Sterling, IL. In my role at the community action agency my primary responsibilities revolve around community service including coordination of a weekly food pantry as well as energy and rent assistance for those in need. I am a lead contact for the unmet needs program that serves individuals through financial assistance of unfortunate circumstances. I also coordinate the Christmas basket for families and individuals of Brown County. My husband and I have five children that have been active in the academics and athletics of the Brown County School System. Two of my oldest children have coached Willie Hedden's daughter, Gracie, and my youngest daughter played with Gracie in both volleyball and basketball. In their younger years, Gracie and my daughter played travel softball with one another.

As a fellow community member of Brown County, I have known Mr. Hedden for over thirty years. However, our daughters started to play on the same traveling softball team nine years ago and have consistently played alongside one another in various sports. Within the last two years, I had the opportunity to drive Mr. Hedden to multiple sporting events of our children. Partly due to his poor eyesight especially during the evening hours. It was very important to Mr. Hedden to attend and support Gracie at all home and away games. Our conversations to and from games were always positive and as a recurrent theme he made intentional efforts to encourage, guide, and support both of our children. I could tell from the first game that we rode together and to the last game we attended, that his focus was on his daughter and preparing her for her future both on and off the court.

At this time, I would like to acknowledge that I am aware that Mr. Hedden was found guilty to the charges rendered against him and ask the court to be merciful in imposing sentence for not only himself but his children. I have had the privilege of witnessing Mr. Hedden be an amazing father to his children through his actions. Mr. Hedden has been tasked with not only being a supportive father figure, but also a motherly role as well. Ensuring that Gracie's uniform was clean and ready, a pregame meal planned, and even an encouraging text to let her know that he is supporting and thinking of her before she competes. Not only did Mr. Hedden attend Gracie's sporting events but he utilized the drive home to help her with homework, study, and take the necessary steps for her to be ready for college. I am thankful that Mr. Hedden has also supported my child throughout the years of offering words of encouragement especially before a difficult game and ultimately being an additional positive male role model in her life. I have had the opportunity to witness Mr. Hedden take great pride in the success and wellbeing of his children, which I believe is a true reflection of his character.

I strongly encourage that you consider my personal statement regarding Mr. Hedden's character when sentencing. Mr. Hedden plays a vital role in his family's future and has a bright future for himself if he is permitted the privilege of serving the minimum sentence of incarceration.

Sincerely,
Melissa Markert


Copy to:
(1) Assistant U.S. Attorney
(2) United States Probation Office
(3) Attorney Mark K. Wykoff, Sr.

To The Honorable Sue E. Myerscough,

My name is Christopher Wydell. I am a sergeant at Jacksonville Correctional Center and I have been employed by the Illinois Department of Corrections for twenty four years. I am married with three children. I am a member of our local Elks club and Fraternal Order of Police. My family and I attend First Christian Church in Jacksonville, where we also volunteer.

I have known Mr. Hedden since 2001. We became friends instantly, we were both young officers at Western Illinois Correctional Center in Mt. Sterling, Illinois. Eventually Willie and I became neighbors in Mt. Sterling, we share many memories of our children growing up together. Over the years we have formed a constant and lasting friendship. I consider Willie my best friend, he has always been there for me and my family. Throughout our friendship one thing that stands out is Willie always had something ready for supper for his family. Sometimes my family would unexpectedly end up at Willie's for supper and he always had enough for everyone. Willie was a groomsman in my wedding and has always been there for me when I needed him the most.

Willie was instrumental in getting me through some hard times in my life. He is one of the best fathers that I have ever spent time with. He has always been there for both my children and his. We are both Chicago Cubs and Bears fans, we have watched hundreds of games together. Which has blessed us with memories that will last us a lifetime.

All this being said with Willie being a close friend of mine, I am aware of the charges he is being found guilty on. I am asking the Honorable Judge to be lenient in sentencing Willie. My family will lose a true and dear friend for the time he is incarcerated. I will lose the opportunity to visit, talk, and make more memories with my best friend. I will lose a shoulder to lean on, an ear to listen, and a hand to guide me in my life. Willie has been the shoulder I lean on, the ear that listens, and the hand that helps guide me for the last twenty years. Thank you for your consideration.

Sincerely and Honestly,

Mr. and Mrs. Garrett Ingram



March 11, 2023

Honorable Sue E. Myerscough

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 62701

Re: Sentencing of Mr. Willie Hedden

Dear Judge Myerscough,

My name is Mary Ingram. I have been an elementary school teacher for 18 years where I also serve as the Union President for the Brown County School District. My husband is Garrett Ingram. He is the owner of A Rustic Garden, Ltd. With having three boys of our own and a full-time business, Garrett also coaches many basketball teams to be with our sons even more. Garrett grew up in Brown County and after college we both moved back to Mt. Sterling where we got married and started a family.

I have known Wille Hedden since 2000 and Mr. Ingram has known him since childhood. For the past 20 plus years, Willie has been a very close family friend who we see on a weekly basis. Willie was also employed with my husband's business for the last couple of years as he has cooperated in this trial.

We are aware that Mr. Hedden has pleaded guilty to the charges rendered against him and we are also aware of the gravity of the charges brought in this case. With that said, we are asking the court to be merciful in imposing his sentence. Throughout the many years in our friendship, we have seen him grow from a young boy to a responsible father and loyal friend. Willie has been a great friend to us both as well as a great friend and mentor to our three young boys. He is someone who we have come to depend on greatly.

Willie has always been and continues to be an excellent father to his own three children. After his divorce from his wife, Willie remained the stable and active parent in his children's lives, as they have chosen to live with him full time through high school. He provides their main source of positivity and structure and completes the many duties of a single parent household to give them the steady homelife that children deserve. Willie has helped them to become hard workers, dependable, and has shown them what they need to succeed, by leading through example. He never misses a sporting event, school event, or milestone in their lives. Throughout their childhood, he has never waivered in his love and support. Willie truly is their number one fan. As a father should do, he has taught them to climb the ladder of success while being accepting of everyone around them. While Willie has taught them to do well for themselves, the fact of the matter is that they still need their father. They need his support and guidance to continue to be successful throughout the many milestones that lie ahead.

Aside from his positive attributes as a father and friend, Willie has shown great courage by being truthful in coming forward and cooperating throughout this trial. We feel like the difficult decision he made to cooperate with this investigation was a selfless act that put the greater good of the system above his own personal standing. The incident at the center of this trial and investigation, where a man lost his life was tragic and our hearts go out to the family and friends who mourn the loss of Mr. Earvin. We can only hope that the courage and loyalty presented by Willie to cooperate here will help to steer a course correction in the day-to-day operations that go on inside our correctional facilities in this country and help to prevent situations like this from ever happening again.

We thank you for your time and consideration as we request leniency in the sentencing of Mr. Hedden. We know he will use his time to reflect on the mistake he made, as he is already doing so. We have no question that Willie will continue to be a productive citizen, a devoted father, and faithful friend in the future. We hope that you can consider the positive character traits that we have known and loved Willie for during this difficult sentencing.

Respectfully,

Mary Ingram

Garrett Ingram

Copy to:

    (1) Assistant U.S. Attorney
    (2) United States Probation Office
    (3) Attorney Mark K. Wykoff, Sr.

March 9, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL  62701

Your Honor,

My name is Karla Paris. I am a Registered Nurse of twenty years with a double Master's degree in nursing and business, trauma and emergency nursing certification. I am currently employed at Blessing Hospital, Quincy IL. as the Director of Emergency Services and Critical Care. In addition to my career, I serve on the Adams County Emergency Service's board as a representative of Blessing Hospital. I also serve on Catholic Charities' board as a community member.

Mr. William (Willie) Hedden and I have been close friends since our freshman year (1991) of high school. Growing up in a small town of only 2,000 people provided me with the opportunity to make friendships that last a lifetime. I am honored to say that Willie and I have been close friends for over twenty years. Willie was raised in a respected family; our families know each other well; our parents also went to high school together. Throughout high school, we were inseparable friends from weekend get togethers at my parent's house, football games, and even my senior prom date. Throughout our college years, we would visit each other or catch up on break when we were back in our home town.  As we grew into adult hood, we continued to be friends; celebrating college graduations, careers, marriages and births of his three children. Our families continue to intertwine; we were both in my sister and brother in law's wedding over ten years ago. Willie is a great friend, honest, dependable, trust-worthy, and always there for me when needed. His acts of kindness are meaningful; contacting me every year on my birthday and treating my niece and nephew as they were his own, randomly bringing them doughnuts.  Willie has always been there for my family and I for more than twenty years.

I am aware that Willie has pled guilty of the charges rendered against him. I am aware that the charges will lead to incarceration. I ask that the court take serious consideration into penalizing Willie to a minimal sentence. I write this letter from my heart, mercifully pleading for Willie to spend minimal time imprisoned.

I plead for Willie to have a lesser sentence not only because he is my friend, but because I believe in Willie! I believe Willie has great attributes that contribute to society. Willie is a prevalent member of his community. He is a remarkable dad; involved in every school activity and sport. Sports is Willie's passion. In high school Willie was the "all-star" football athlete. Today he volunteers to coach Little League baseball and sports at the YMCA in Mt. Sterling. Willie has an excellent support system; many genuine friends and a reputable family. If given

the opportunity, I have no doubt that Willie will be an outstanding citizen, a hard-working employee, and a positive role model to his children.

No one ever envisions their friend being faced with a conviction that will change their life forever. I am sincerely concerned for Willie's future. As a nurse, I worry about his health and wellness due to chronic health conditions specific to cardiac disease with stents and pancreatitis.

Honorable Myerscough, thank you for taking the time to read this letter. I appreciate this opportunity and respect any consideration given to the above plea.


Sincerely,


Karla Paris

*Karla Paris*

Copy to:

      Assistant U.S Attorney

      United States Probation Office

      Attorney Mark K. Wykoff, Sr.

To The Honorable Sue E. Myerscough,

My name is Christopher Wydell. I am a sergeant at Jacksonville Correctional Center and I have been employed by the Illinois Department of Corrections for twenty four years. I am married with three children. I am a member of our local Elks club and Fraternal Order of Police. My family and I attend First Christian Church in Jacksonville, where we also volunteer.

I have known Mr. Headen since 2001. We became friends instantly, we were both young officers at Western Illinois Correctional Center in Mt. Sterling, Illinois. Eventually Willie and I became neighbors in Mt. Sterling, we share many memories of our children growing up together. Over the years we have formed a constant and lasting friendship. I consider Willie my best friend, he has always been there for me and my family. Throughout our friendship one thing that stands out is Willie always had something ready for supper for his family. Sometimes my family would unexpectedly end up at Willie's for supper and he always had enough for everyone. Willie was a groomsman in my wedding and has always been there for me when I needed him the most.

Willie was instrumental in getting me through some hard times in my life. He is one of the best fathers that I have ever spent time with. He has always been there for both my children and his. We are both Chicago Cubs and Bears fans, we have watched hundreds of games together. Which has blessed us with memories that will last us a lifetime.

All this being said with Willie being a close friend of mine, I am aware of the charges he is being found guilty on. I am asking the Honorable Judge to be lenient in sentencing Willie. My family will lose a true and dear friend for the time he is incarcerated. I will lose the opportunity to visit, talk, and make more memories with my best friend. I will lose a shoulder to lean on, an ear to listen, and a hand to guide me in my life. Willie has been the shoulder I lean on, the ear that listens, and the hand that helps guide me for the last twenty years. Thank you for your consideration.

Sincerely and Honestly,

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 E. Monroe Street

Springfield, IL 62701


Your Honor,

     I am Korey D. Wombles, of Pittsfield, IL. I am a lifelong resident of Pike County, Illinois, and very grateful to be a resident of West Central Illinois. I am married to my wife, Lisa for almost 19 years. We have two wonderful children, Emma 14, and Konner 11. I am Correctional Officer in the Illinois Department of Corrections going on 13 years now. My wife is currently an Associate Financial Representative for Northwestern Mutual. Together, we spend much of our time at our kids' extracurricular activities. Both are very active, in athletics, as well as our church, doing youth programs and groups. Lisa and I are very much family-oriented people, and we emphasize that with our daily lives. In the past, we both were volunteers to lead our youth at First Christian Church in their youth programs, like Vacation Bible School, Sunday School, and Children's Worship. I am currently a Noble with the Ansar Shrine and take tremendous pride in that. I became a Shriner because of the list of Nobles in my family, but I am more active now because I believe in what we do, with our Shriner's Hospitals for Children charity work. I currently serve as the Vice President of the Pike County Shrine Club.

     I met Willie Hedden as a new Correctional Officer back in September of 2010. At the time I hired in the department, the older veteran officers were those who were around during some of the days of the department when there was no limits on a lot of possessions that the incarcerated individuals were allowed to have. They were tired, and worn out and awaiting the day they could retire. As a result, newer officers like me, were often "thrown to the wolves" as they say. We were assigned a post within the walls of the institution without often receiving any instruction. We relied on veteran officers for advice, and often found none. Willie Hedden was different. Willie and I worked together for the first time probably in early 2011, when I was able to get some day shifts under my belt, and Willie and I hit it off. We shared a lot of the same interests. We are both sports fans, we have kids that we have infinite pride in, in everything they do, and we became friends very quickly. Willie and I exchanged numbers, and would often chat about our baseball teams, University of Illinois football and basketball. Later in my career I accepted a transfer to Jacksonville Correctional Center, and subsequently Pittsfield Work Camp in order to be closer to my home in Pittsfield, to make things a little more convenient for my family as far as school, practices and other things are concerned. Since I left Western Illinois Correctional Center, only a handful of my former co-workers and I maintained regular contact, and Willie Hedden was one of them, and probably more than anyone else. Nearly daily I would receive texts asking how my family was, how work was, and of course to let me know how fast his kids were growing, and what they were accomplishing. I went on a couple of occasions to watch his daughter Grace play basketball, and Willie in turn has been to a couple of my daughter Emma's softball games, often times cheering as loudly as I was! Willie has been a very dear friend since we met nearly 13 years ago, and I suspect, he always will be.

I am completely aware of the charges that Mr. Hedden has been found guilty of, thus, the reasoning for this letter. I implore this court to be merciful in the sentencing of Mr. Willie Hedden. I ask this court for leniency because I feel Mr. Hedden is more than deserving of it, not only because he is my friend, and has been for a long time, but because he is a good man. He is a loving father, who would drop anything at any time if he needed for his children. He is a great friend to many who any time someone might need to talk, or meet up and have a meal, Willie is there for them. He is a very good man, who without a doubt made a mistake. Willie needs to be in his kids' lives. His friends and family need him in their lives, and I urge this Court to be as lenient as allowed by law to make sure that Willie returns to his children, his family, and his friends, and everyone in his life that needs him.

Thank you for taking the time to consider my letter and I hope I provided a glimpse at what Willie Hedden the man is about, and the type of love that he has shown me as a friend since we met.


Sincerely,



Korey D. Wombles



Copy To:

    (1) Assistant U.S. Attorney
    (2) United States Probation Office
    (3) Attorney Mark K. Wykoff, Sr.

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 E. Monroe Street

Springfield, Il. 62701


Your Honor,

I am Brian Wade, of Pittsfield Illinois I have had the good fortune of being able to reside in West Central Illinois my entire life. My wife Holly and I have raised 2 girls and both still reside in Pike County. I have served our community for the past 23 years as a member of the Pittsfield Volunteer Fire Department and have been employed by the State of Illinois Department of Corrections since 1999. My wife has worked for the County of Pike in the Supervisor of Assessments Office, Circuit Clerks office. County Clerks office and the States Attorneys office for a combined 17 years.

I met Willie Hedden around 2001 when he was employed by the Department of Corrections in Mt Sterling. Willie's father Bruce was the Mechanical Engineer for Western Illinois Correctional Center and had shared several stories of Willie playing football and other athletic activities during his high school and college days. When Willie started as an officer it was easy to relate to him because of the same interests in athletics. After working with someone in the corrections environment for a short time it is easy to develop a bond with that person. Most of the time it seems as though it is approximately 50 staff pitted against 2000 individuals who are incarcerated. During these early years Donald Snyder was the Director and was attempting to take the prisons back over from the gangs who ran them. This was mostly done because of the Richard Speck tapes that were leaked to the public. The public found out that there were several things going on in the prisons that seemed to allow the individuals more freedoms than people who were on the streets. As times changed over the next 15 or so years, society looked differently upon law enforcement and anyone who dealt with it. Our system was being slashed to a level where individuals who were incarcerated had no consequences for their actions and every week we were getting more and more individuals being transferred out of the maximum security facilities to the medium security facilities. During this same timeframe more and more of the older supervisors were retiring and the officers who were next in line didn't want to promote because they had finally reached a point where they had normal working hours and normal days off and didn't want to go back. This allowed several less experienced officers the chance to promote at a time when they more than likely weren't prepared to do so. With this combination of things happening, I knew it was time for me to transfer before things went wrong.

I am aware of the charges that Mr. Hedden has been found guilty of and therefore I am writing this letter. I implore this court to be merciful in the sentencing of Mr. Hedden. I ask the court for leniency because I truly believe that good people are placed in bad situations. I have heard several times in my career the term "product of society". I truly believe that Willie Hedden is a good man that was placed in a situation that resulted in actions that he knows were wrong and feels great remorse for. I know in my heart that the actions of that day are not the Willie Hedden I know. He loves his family, he loves his community and he needs to be a part of those things sooner rather than later.

Thank you for taking the time to read my letter, I hope it gives you an idea of how even the best of humans could be placed in a situation they never thought would happen to them and how the actions taken are not the person they are.


Sincerely,



Brian Wade




Copy To:

    (1) Assistant U.S. Attorney
    (2) United States Probation Office
    (3) Attorney Mark K. Wykoff, Sr.

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

My name is Eric Grady. I am a business owner in Mt. Sterling, Illinois. I was born and raised in
Brown County and have had many different roles in contributing to life in Brown County such as
Little League board member, high school football coach, and Action Brown County (non-profit
that serves the businesses of Brown County) board member. Brown County has been and always
will be my home.

While growing up in Brown County, one person I came into contact with during junior high
school was Willie Hedden. Willie was only a year older than me so we played on the same
sports teams since our junior high days. I immediately found Willie to be an extremely likable
guy. We played baseball and basketball in junior high and when we got to high school we added
football. I always enjoyed playing sports with Willie because he wanted to win just as much as I
did. It was during our junior high and high school years that I found I could always count on
Willie to be a friend. Since our sports playing careers I have coached his son in football and our
daughters are in the same class. To this day I have always considered Willie a friend.

I am aware that Willie has plead guilty to serious charges. I am also aware that with those
charges come consequences. However, it is my belief that the court should extend leniency to
Willie in this case. I am of this opinion for 2 main reasons. First, Willie is a dedicated and
terrific father. You cannot attend one of his kids events without seeing Willie there. I have seen
him in action with his kids and it is impressive. I have also seen how his kids respond to him. If
all kids had dads that were as attentive and present as Willie our world would be a much better
place. Secondly, to my knowledge, Willie has never been in any type of trouble before this.
While I do not know all of the details of the case, I know that this is not who Willie is.

Human nature says when a situation like this arises we have to pick sides. I have seen and read
comments from all sorts of people during this time that are doing just that. From my view, Willie
had two choices. He could hide himself and try to avoid everything and everyone or he could
continue to be an impactful member of our community. Willie chose to an impactful member of
our community. I have seen Willie in the grocery story, at sporting events, at area businesses,
etc. It would have been easy to try to hide from this. That is not who Willie is. Willie has
continued to be a dad, son, brother, and friend. I am asking the court, please show Willie mercy
in his sentencing. Our community and ,more importantly, his kids need him. Thank you for your
time!

Eric Grady

Copy to:
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Lance Grady and I am from Mt. Sterling, IL. I have lived in Brown County, IL my whole life and have enjoyed starting and raising a family here. I own two businesses in Mt. Sterling. One I started in 2010 and the other I recently started with my brother in 2021. I have always enjoyed giving back to my home county and region that has given so much to me. I am currently the Chairman of the board for The Community Foundation Serving West Central IL and Northeast Missouri, The Vice-Chairman of the board for the Brown Schuyler CEO program, committee member of the Action Brown County economic development committee and past board member or chairman of Brown County United Way, Mt. Sterling City Planning Committee and Action Brown County.

As stated above I have lived in Brown County my whole life. Living in such a small county and community brought many benefits and one of those is knowing almost everyone that lives there! One of those people that I have had the pleasure of knowing since I was in junior high is Willie Hedden. Willie was about five years ahead of me in school, but I got to know him when I was young as my brother played sports with Willie and was only one year younger than him. Throughout those years and our school careers I always looked up to Willie as a great athlete and competitor. I saw Willie lead teams on and off the field and noticed that at a young age. I often heard my brother talk about Willie as a great competitor and leader as well. Fast forward to adulthood and I got to know Willie even better than I had for most of my life. When I was young I looked up to him as a great athlete and one of the "cool older guys", but as I got older and started to know Willie differently, he quickly became someone I considered a friend. Not only do I know Willie personally, but I have got to work with him on a professional level in my real estate business. It is evident in everything he does his sole focus is his kids. As we looked for houses, that was his priority is providing a great place for his kids. In all different phases of our lives Willie has been someone that I am proud to know and call a friend.

While I am fully aware that Willie has been found guilty of serious charges rendered against him, I am also writing this letter as a plea for leniency in the sentencing of a great guy! While I do not discount the nature of the charges, I do whole-heartedly believe that Willie should be shown mercy and grace in the sentencing for those charges. As stated above, I have known Willie in some capacity for the last 25-30 years. I have known him better than ever in adulthood. I know that our county is better with Willie in it. I know that numerous friends and family members lives are better with Willie in them. Willie has proven that he is a good friend, brother, and son. However, I believe Willie is best at being a dad. Willie is a devoted father and a fierce advocate for his kids. I believe more than anything else, leniency in his sentence should be considered so he can be the dad he is, and his kids can have the dad that they have relied on for so long. I believe that one thing all kids need is a great model of parenthood in their life. I

believe Willie strives to be that for his kids.  Being a great son, brother and friend is important, but getting to be a dad is at the top of the list.

I believe that in life we all mess up and make mistakes.  There is no exception to that whether it be big or small.  We are all human, we all fall short sometimes.  Although found guilty of these charges and knowing that there was a mistake made, I believe Willie has a great future and a great path to chart forward.  Willie has continued to be an active and present member of our community.  A member of our community that people are proud to know.  I have so much respect for that alone.  It would have been easy for Willie to cower and run from this, he chose the opposite.  In the face of all of this, Willie has continued to be the friend, son, brother and dad that everyone knows him to be.  Please allow him to continue to be that as you consider leniency in his sentencing.

Best Regards,

Lance Grady

Copy to:
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

Vicki Shelton
Wendy Daniel



To Whom It May Concern:

Background of the above individuals:
Vicki Shelton is a retired construction worker, working in the trade for 30+ years. She has been active in the Laborer's Union, as well as the Bricklayer's Union. The neighborhood in which she lives depends heavily on Vicki for everything from caring for the neighborhood pond to caring for an elderly neighbor that has no close family. She is also a former volunteer at P.A.W.S., the local animal rescue.

Wendy Daniel is a retired educator, teaching in the public school system for 5 years before moving to Illinois School for the Deaf for 27 years. Wendy began her career as a jr. high and high school teacher. She later became the athletic director as well as the jr. high and high school principal. Wendy attended MacMurray College, earning a Bachelor of Science degree. At Sangamon State University, she earned a Masters degree in education. While teaching, Wendy also coached many interscholastic athletic teams. She was also a volunteer at P.A.W.S.

Vicki is an aunt to Willie Hedden, obviously knowing him his whole life. Wendy has been a family friend for 33 years. We both have watched Willie grow from an enthusiastic child, to a star athlete, to a responsible adult and father. Willie's hard work earned him a place on the 1st team All-State Football Team, and then a scholarship to Milliken University. After college, he and his wife became the proud parents of three children. These children are now young adults of great character, with many accomplishments of their own. They are all a positive reflection of their father, and one of Willie's shining achievements. He is a hands-on parent that has been involved in all aspects of their life. Willie puts his family first in everything he does.

We are very aware of the charges against Willie, as well as the guilty verdict. With that being said, we are very grateful for the time Willie has been allowed to be at home with his children as they completed their educations. He has not missed an event in which they have been involved. His oldest son will be graduating from

Washington University (St. Louis) in the spring.  His middle son graduated from Brown County High School in 2022, and is currently working with a construction company. His daughter will be graduating from high school this spring, also at Brown County, and plans to attend college. Their excellent work ethics are identical to their fathers.

We are asking the court to please show mercy when sentencing Willie. He is far from a threat, and his family needs his continued support. The whole community supports and respects Willie and his family. He has many positive contributions left to make for his family and community.  He is a good man, a good father, a good son, and a good friend.

In closing, please show mercy when delivering Willie's sentence. His family and community need him.

Sincerely,

Vicki Shelton
Wendy Daniel

Martha Fluckey

February 28, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, Il. 62701

Dear Judge Myerscough:

This letter is written on behalf of Mr. Willie Hedden who has been found guilty of charges against him and is currently awaiting sentencing.

I retired 12 years ago from my last position as Food Service Manager at Western Illinois Correction Center. I volunteer in my church and community, working with both adults and children.

I have been acquainted with Willie and his family for over 40 years. My sons participated in school and sports activities with Willie and his brothers. I engage in social and school activities with Debbie, Willie's mother, and worked with his father, Bruce. My interactions with Willie's parents are always positive and enjoyable. I find they take an active role in the lives of their children and grandchildren.

Willie was a student in my Food Service Sanitation Manager Certification class. I was his supervisor for a short time while he worked in the dietary department at WICC. He was good-natured, outgoing, and always respectful of my position. Our conversations outside the work environment generally revolve around his children and family. Willie remains very active in his children's lives. When I see him in the community he always inquires after my health and well-being. He converses in a kind, clear-cut manner with my son who is often socially awkward due to mental illness.

My wish for Mr. Hedden is that after months of uncertainty regarding his future, he receives a minimum sentence and returns to make a worthwhile contribution to his family and our community.

Respectfully,

Martha Fluckey

Copy to: Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wycoff, Sr.

2-16-23

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

We are writing on behalf of our friend Mr. Willie Hedden. Ron was born and raised in Mt. Sterling, as was Willie. Ron works at DOT Foods as an Applications Development Manager and oversees sixteen (16) programmer/analysts. He was awarded a DOT Volunteer award for his hours coaching T-ball, Little League, Minor League, and YMCA Junior High Football. He served on the St. Mary's Catholic Church main fundraising committee for 20 years. I was born and raised in Elgin, IL, and met Ron at College. I accepted a teaching position in Mt. Sterling and taught junior high Math and Science for 20 years, then was an Elementary Principal over two (2) schools for 7 years before retiring. I have served on multiple local education teams, I have been team Mom for all of our son's teams, I created a Memorial Scholarship for our local friend that passed away suddenly, and am currently assisting our local school district with the substitute teacher shortage by subbing at all three (3) buildings.

I have known Willie for the past 16 years as a parent and community member while Ron has known him his whole life as they were both born and raised in Mt. Sterling. Our triplet sons played football with his oldest son Ethan. Our youngest son has gone to school with Willie's youngest daughter Gracie since fifth grade. We have communicated closely with Willie continually for the past 16 years for transportation arrangements for our children to and from school events, group outings and gatherings, school events. We have stood next to each other at football games, sat in the bleachers at basketball games, and stood along the fence at baseball/softball games for the majority of games. There was an incident at a basketball game where an assistant varsity basketball coach slapped our son's hand in the walkthrough and then was talking in an inappropriate manner to our son. We were unaware as we were talking to people behind us; however, we heard Willie tell the coach to walk away, you are the adult. Had it not been for Willie standing up for our son, we have confidence the incident would have escalated. We genuinely love each other's children as if they were our own and we always make sure they are safe and well taken care of. We share stories, concerns, and questions either in person, by phone, or by text consistently.

We are very aware of Mr. Hedden's charges, having been found guilty, and asking the Court to be lenient in his sentencing.

We have only observed Willie as a caring and concerned father, active community member, and a kind and generous person. He attends all school and community events to support his children's classmates and his friend's children. Willie has helped with all of our class fundraisers in some capacity and would do whatever you asked of him. This is largely in part to his parents who have the same demeanor and raised their son accordingly. He has numerous friends and extended family within the community stemming back to relationships formed in elementary school. As a Mother, an educator, and a close family friend, I know Gracie has received most of her family support and upbringing from Willie and his parents. It is our sincere hope that Willie might be allowed to have the benefit of serving the minimum sentence so that he may continue to support Gracie, his sons, his parents, and the numerous extended families and community members who know him as the kind-hearted and giving person he is.

Thank you for your consideration,

Mary Wort
Ronald Z Wort

Cc: Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Judge
Springfield, Il 62701

Dear The Honorable Sue E. Myerscough:

My name is Susan Ray from Mount Sterling, Il. I retired after serving nearly 30 years with the Illinois Secretary of State. I now spend my time helping my aunt and uncle at a store they own in Mount Sterling. I also volunteer at Church of the Holy Family, serve meals on wheels, and I serve on the Brown County United Way Board.

I am writing on behalf of Willie Hedden who I have known since he was very young. Willie's mother, Debbie and I have been friends for over forty years. Willie has been a neighbor of mine for several years and has never been a concern. He is always willing to lend a hand when I have a project that cannot been done alone. Willie is supportive of his kids in their many activities and has been a hands on dad. He also is present in the community by supporting the many events which exist with family and friends.

I am aware of the guilty charges, and I am asking for mercy and leniency in his sentencing.

Willie has three children entering adulthood who still need the guidance of their father. I don't feel Willie is a risk to his family or our community. He is a great asset to me as well as our local community.

I appreciate your time in the reading the letter I have submitted and ask that you take these statements into consideration. Thank you for your concern and help.

Sincerely,

Susan Ray
CC: Assistant U.S. Attorney
    United States Probation Office
    Attorney Mark K Wykoff, Sr

March 12, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

To The Honorable Sue E. Myerscough,

My name is Joseph Scott Woodward. I am a recent Department of Corrections retiree. I worked in the security field for 27 years, mostly as an officer, but was promoted to sergeant for my final four years of employment. We, my pregnant wife and oldest son, moved to Mt. Sterling almost twenty years ago. We have resided in the same home since we moved. In that time I have logged many hours and years as a volunteer coach, including at our local YMCA as well as within both our park district and little league programs. I was hired by the Brown County School District to serve as their middle school boy's head basketball coach from 2014 – 2018. I then moved to the high school to serve as both the assistant boy's basketball coach and assistant golf coach. Of all of these positions, I still serve as the high school assistant golf coach.

In addition to both working and socializing with Mr. Willie Hedden, I've also had the pleasure of coaching his two fine sons. I cannot say that Willie and I worked together a lot, due to our careers taking separate paths: Willie became a sergeant earlier than I and I remained on the midnight shift most of my career. However, when Willie and I did work together, I always found him supportive and ready to help. I know Willie more from the social realm as we each have two sons of the same age. Willie has always been a person that my wife, boys and I could talk to, whether having a couple of drinks at a local festival, or more importantly, sitting with him in the stands as he cheered and supported his children. He attended all of his daughter's, Gracie, volleyball and basketball games. I often watched him cheering her on and giving her the opportunity to look up to him for support and a smile.

I know Willie best from coaching his two sons. I coached his oldest son, Ethan, in golf, and his youngest son, Luke, in both football and basketball. Ethan and Luke were not just kids that I coached, they were also close classmates of my own two sons. I consider myself to be lucky to have had the chance to coach these two young men. Coaching both of them was a pleasure, as they always worked hard and never stopped trying. Even more importantly, they were both good teammates and great young men. I feel in my heart that this was no coincidence. Willie's three children have spent a lot of their time with their father as they have grown up. I give Willie a large majority of credit for his children being such good students, athletes and fine young adults. Willie is one of the most present fathers that I know in this community. From little league t-ball to high school volleyball, basketball, football and golf, Willie has been there for those three kids.

Willie doesn't just care about his own children. He also supports and roots on other kids. Whenever my wife or I see Willie in public, he takes the time to ask about our boys. Willie has always had a love for football. My youngest son shares this love of the sport. He always looked up to Willie and his mentorship in the game that they both love. We thank Willie for providing this for our son.

I am writing this letter in the greatest hope that you can be the most lenient as the law allows while considering Willie's sentence. Willie is a good person and good for our community.  But more importantly, he is an exceptional father. In a time of absent and abusive fathers, Willie Hedden is the opposite.  He has been an exemplary father.

Although we understand there has to be a time of incarceration for the crime Willie has been found guilty of, I, as well as my whole family, are asking and hoping for the minimum sentence. His family needs him back as soon as possible. Willie's daughter Gracie, and his sons, Ethan and Luke, as well as future grandbabies, will cherish his return. Please find it in your heart to get him back to his family as quickly as legally possible.

Thank you for your time and allowing us this opportunity to speak on behalf of Willie Hedden.

Sincerely,

*J Scott Woodward*

J. Scott Woodward

Copies to:
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

Randy and Tami Smith

[black redaction box]

March 12th, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 E. Monroe Street
Springfield, Illinois 62701

Dear Honorable Sue E. Myerscough,

The following is a discription of the composers of this letter.
Tami Smith: I am emplyoyed at Heritage Health Therapy and Senior Care in
Mt. Sterling as the Activity Director. I have worked there for the past 12
years. Prior to that I was employed at St. Mary's School in Mt. Sterling.
While I was employed there I was very active in the Holy Family Youth
Group. I attended several Catholic Heart work Camps during the summer
helping with revitalization of many communities and resident homes nation
wide. I have been married for 46 years to my husband Randy. We have
raised 3 children who are now grown adults.
Randy Smith: I am the husband of Tami and the father of Nicole, Staci and
Brad Smith. All 3 of our children reside in Brown County. I worked in law
enforcement for 24 years, retiring as the Chief of Police for the City of Mt.
Sterling. I'm currently employed by the Brown County Highway Department
as a Road maintenance worker.

We are the Aunt and Uncle of Willie Hedden. We have watched Willie grow
and excel into the wonderful man he has now become. Our family is and
always has been very close spending nearly every Sunday together at my
parents house on the Illinois river. Willie has always been very active in
family life including every Christmas and Thanksgiving holidays. He was very
involed in sports as a young man and throughout high shcool years on into
college.

1

Willie is and has alway been a wonderful father. He  has always put his 3 children first, even while going through this very difficult and unfortunate time. He has never missed a sporting event for any of his children, as they were all very much involved. His son Ethan will be graduating college this May. His son Luke has graduated high school and is also a very hard working young man. His daughter Gracie will be graduating high school this May. Willie has been a huge positive influence on his children which I feel has helped them grown into the great young adults that they are becoming. Willie is a wellknown and very well liked person in  our community. He has always been an outstanding individual and looked up to as a positive influence by many.

We are aware of the charges and the seriousness of the offense. We  ask the court for leniency upon the sentencing of our nephew Willie. We feel he will not pose any threat or danger to our community. He is a major asset in his childrens lives and they need his love and support as well as he needs theirs.

In closing we beg the court to show mercy for Willie and his entire family.

Sincerely,

Randy Smith and Tami Smith

CC:
1.  Assistant U.S. Attorney
2.  United States Probation Office
3.  Attorney Mark K. Wykoff, Sr.

2

Deborah and Bruce Hedden

March 13, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL, 62701

Dear Honorable Myerscough,

This letter is written on behalf of our son Willie Hedden. Before I begin I will share some of our history. Bruce and I will be married 46 years in May, together we have 3 sons. Our oldest son Jason, I had from a previous marriage and Bruce adopted. Willie is 44 and Brian is 42. Jason passed away on 12-07-2008 at the age of 34. We are grandparents of 5 wonderful grandchildren and recently added 2 more when Brian remarried. Ethan is 21, Luke is 18, Gracie is 17 and are Willie's children. Addison is 16 and Isaac is 8 and are Brian's children. We now have Myleigh who is 13 and Anistyn 11.

My work experience was primarily in law enforcement. It began as a Brown County Deputy, going though the Lincoln Land Police Academy at the age of 35 with 3 children. I was employed nearly 12 years, 9 of which was in the West Central Illinois Drug Task Force. I then went to work for Meredosia Police Department as a drug agent in the Central Illinois Enforcement Group working out of Springfield, IL. Because of grant situations I was employed for 1 year. I then was employed as a contractual investigator for the Illinois State Police Medicaid Fraud Unit for approximately 9 years. My time was spent doing abuse and neglect investigations in long term care facilities and then doing Medicaid Fraud investigations my final years. In 2009 the Illinois governor did not renew the contractual investigators and I remained at home to help care for my grandchildren.

Bruce was co owner of Hedden Construction with is father for approximately 10 years and owner for another 10. Doing new home contruction, remodeling and he was a licensed plumber. He went to work for River City Construction when they contracted to build the Western Illinois Correctional Center. Bruce inventually became the Chief Maintenance Engineer finishing his career at Western after 26 years.

I have procrastinated in writing this letter not knowing where to start or what to say. We love our son very much and this has taken a toll on our entire family but our main concern has always been Willie's children. We live in a small loving coummunity and the people here have been nothing but supportive. People can be cruel and I was afraid Willie's childrren would suffer ridicule and teasing but to my knowledge there has not been a single incident. Under these difficult circumstances we all have maintained our place in the community. The support

1

has been nothing but miraculous. The kids have all excelled in spite of the stress they have been under and they have made us all very proud. We believe this is in part to Willie's character and the children's upbringing. People tell me things all the time Willie has done for them, his acts of kindness and thoughtfulness. Many things we would never had known. We have seen Willie's stress and remorse under the pressure of Mr. Earvins's death. His health has deteriorated over the last several years. He is a very private person and maintains his privacy. He is a strong, proud person but this has humbled him beyond words. We are all sorry for what Mr. Earvin endured. I have stayed away from news of all kinds but Bruce has read articles about the incident. During the hearings Willie and I discussed a small portion but the expirence was exhausting and very stressful for him and difficult to talk about.

A great concern for us is Willie's health. Willie suffered his first heart attack and was in the hospital the night of Ethan's High School senior acknowledgment and Willie did not want people to know. The doctor referred to it as the widow maker. This occurred before the death of Mr. Earvin. Since this incident Willie has suffered his second heart attack and has developed pancreatitis. He has been in the hospital several times and has experienced a lot but he trys to be there for us all. The pancreatitis has caused Willie excruciating pain and nausea and he is on many medications for different symptoms and lost approximately 50 pounds. We discovered Willie had high blood pressure when he played football at Millikan University. He has been on medication for this ever since. As a child we thought Willie was clumsy, he tripped and fell frequently, running into things and stepping on things on the floor. He had vision issues and wore glasses, and then we noticed he had no night vision. It wasn't until he was a married adult it was discovered he has Retinitis Pigmentosa (R.P.) We were heartbroken to find out of his diagnosis. The night vision is a symptom and the loss of side or peripherial vision. Later symptoms are vision loss and blindness, there is no cure. Some individuals lose their sight sooner then others but the outcome is the same. Although this is supposed to be a genetic disease coming from the mother I know of no one in my family who suffered from R.P. We have been blessed and believe this was not passed on to his children. We were amazed at his capability to overcome his impairments and become the strong athlete he was, but it too has taken a toll. I am telling you this because it is all of great concern to us. I worry about his care and his health as all of this progresses.

We are very aware of the severity of what happened at the prison and understand the decision that the court could make. Willie is a wonderful son, father, brother, uncle and member of the community. We understand this grave situation. We can only ask that you take into consideration what we and others have shared, when imposing his sentence. We ask for leniency on his behalf and the family.

Respectfully,

*Deborah Hedden*

Bruce and Deborah Hedden

*Bruce Hedden*

Copy to:

2

1. Assistant U.S. Attorney
2. United States Probation Office
3. Attorney Mark K. Wykoff, Sr.

Your Honorable Sue Myerscough,

My name is Michelle Volk. I am writing you this letter on behalf of my longtime friend Willie Hidden.

I am 49 years old and have lived in Brown Co. all of my life. I am a business owner, a salon for 22 years, but have practiced my profession in our small town for more than 30 years. I am also a mother to a 17 year old daughter named Ava. She is a Senior this year and she will be graduating in May alongside Willie's daughter Gracie.

Willie and I have been friends for more than 30 years. There is no way to simplify that amount of time on paper. I have known Willie longer than we have been friends. While in high school Willie played sports with my brother. They were both fantastic and dedicated athletes.

Willie and I became friends through a mutual group of friends while he was still in high school. Through his college years he would call me weekly to check in and on the weekends he would come home and sometimes spend the night at my house that I shared with my husband. I hope this helps you understand our friendship.

Throughout our friendship we have been a support system. Through marriages, raising our families together, divorces, being single parents together, losing loved ones and now facing this situation for the past 5 years.

Our single parent years have been my favorite. I have never known a more dedicated and loving father. Along with his family he has been the primary provider and caregiver to all 3 of his children. His love and support shines through with their success. They are wonderful humans because of him.

Willie has spent a lot of time in our salon over the past couple of years. This has given us all, including our clients, a lot of joy with good conversation & a helpful hand with elderly clients to and from their cars. He does this selflessly, it's part of his nature.

I am aware of Willie pleading guilty early in this investigation. I believe he did this as to not waste the courts time on lengthy court proceedings. It is my prayer that this be taken into consideration when you are preparing his sentence.

My letter to you has been condensed as
much as possible, I hope it has given you an
idea of the man Willie is in my eyes.
Thank you for your time and service on
this case.

Sincerely,
Michelle Vick

February 28, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Jo Anne Jennings and I am 57 years old. I was born and raised in Brown County, Illinois. I worked for the State of Illinois for 33 years and retired in November of 2017. After my retirement, I chose to start working for my family's business, Jennings Brothers of Illinois, Inc., which is a solid waste disposal business. My father started the business in 1966 which he is still involved in to this day, as well as two of my brothers. I am a past Girl Scout leader. I am an active member of the Timewell Christian Church and serve as a deacon. I am a member of the Brown County Music Boosters and serve as the treasurer for that group. I also serve on the board of the Howes Cemetery and am the current secretary/treasurer. I volunteer countless hours for the "Uptown Main Street" Mt. Sterling by planning and planting all the flower containers and care for them by watering daily during the summer. Most importantly, I am a mother and grandmother.

Mt. Sterling is a small town where everybody knows each other and because of this I have known Willie Hedden and his family to be a respected family within the community. It wasn't until Willie started working for our family business that I got to know him on a more personal level. He worked for Jennings Brothers for a little over a year and I had daily interaction with him. As an employee I found him to be very dependable, professional and courteous with our customers. On a personal level I found him to be a very proud and devoted father. From our daily chats I learned about his three children, Ethan, Luke and Gracie. All three are outstanding young adults and I would like to think Willie had a hand in this because of how he has raised them. Luke and Gracie both had summer employment with Jennings Brothers and I was able to get to know them better, too, and I can tell you they are just wonderful young adults. I know Willie to be an athletic person and he has coached/mentored the kids in this community. About a month after Willie started working for Jennings Brothers, my mom had a really bad fall which required surgery and a hospital stay. Willie sent her a bouquet of flowers which I found to be very thoughtful of him. It's these examples that would not only have me describe him as a good person, but I believe him to be a good person.

I am aware of the tragic event that occurred and that Willie was found guilty of the charges. I am respectful of the court's decision in this matter, but ask that you be merciful with sentencing due to his willingness to cooperate with the prosecution, and I am also sincerely concerned about his safety that would come with incarceration. But I also respectfully request leniency because I believe him to be a good person and of good character. Thank you for the opportunity of this letter and your consideration.

Sincerely,

Jo Anne Jennings

cc: Assistant U.S. Attorney
    United States Probation Office
    Attorney Mark K. Wykoff, Sr.

March 1, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Judge Myerscough,

My name is Joe Jennings. I am 52 years of age and have been a lifelong resident of Brown County, Illinois. I am currently employed by our family business, Jennings Brothers of Illinois, Inc., a waste disposal business, in operation since 1966. I have served as chair of board of deacons of First Baptist Church in Mt. Sterling and am a three time Past Master and current secretary of Hardin Lodge #44 A.F.&A.M. in Mt. Sterling.

I have known Willie Hedden for most of my life. Although there are a few years difference between us, and as such I was never a classmate, being members of the same small community I was well aware of who he was and always had a positive impression of him and his family. I interacted with his father, Bruce, weekly for over 20 years in the execution of my duties under contract with the state of Illinois for waste disposal at Western Illinois Correctional Center in Mt. Sterling and had a good relationship with him as he was head of maintenance during that time. Willie was employed by our family business for a little over a year. During my daily interaction with him he displayed nothing but professionalism, reliability and respect. These attributes he has undoubtedly passed along to his children as I have had the pleasure of interacting with two of them as well. They were both employed by our business and are well rounded, intelligent and respectful young adults which is much appreciated in the times we live in today. Willie was a stand out athlete in school and has contributed much to the local sporting community by way of coaching and mentoring.

I am aware that Willie was found guilty of the charges against him and am respectful of any and all the courts decision in this matter. However, I strongly believe that the circumstances surrounding this tragic event in no way represent who Willie is as a person. Therefore, I humbly and respectfully ask your consideration for leniency in sentencing in this matter and believe it conducive to the well being of his family, friends and community. Thank you for the opportunity to express my personal insight on this matter.

Respectfully,

Joseph M. Jennings

cc: Assistant U.S. Attorney
    United States Probation Office
    Attorney Mark K. Wykoff, Sr.

To Whom it may Concern:

My name is Jan Kelly and the reason for this letter is my concern for the upcoming sentence for Willie Hedden. I have known the entire Hedden family for more than forty years. I am a retired public school teacher of thirty-five years. After my retirement I was a substitute teacher for ten years. I am currently employed by the Mt. Sterling Community Center. As their employee I work at Rolling Greens Golf Course in the pro shop. My encounters with the Hedden family have mostly resulted from my teaching experience. I have had the pleasure of working with both of Mr. Hedden's brothers and his three children. I have found Mr. Hedden to be an exemplary father. His care and concern for his children prompts me to speak on his behalf. I am also and Elder and vice-chairperson for the board of the First Christian Church in Mt. Sterling.

While I am aware that Mr. Hedden has pled guilty to an outrageous crime, I believe him to be truly remorseful. To say that I was shocked that he was capable of such a crime is an understatement. Also the state of Illinois saved a considerable sum by his guilty plea. Considering the poor financial affairs of our state is worth consideration, in my opinion.

A few years ago Mr. Hedden passed up a chance for personal happiness with a young lady because it would require him to move away from his children. He supports his children in all of their endeavors and is a huge reason for their successes. I am very close to his parents, especially his mother, and Willie is a compassionate and caring son. In my contact with his children, I am aware of what an outstanding father Willie is.

I thank you for reading this letter and truly hope that it will help in Mr. Hedden receiving a merciful sentence.

Sincerely,

Jan Kelly

February 24, 2023

Dear Honorable Sue E. Myerscough,

I am writing this letter on behalf of Willie Hedden for leniency in his upcoming sentencing for his participation in conspiracy to deprive civil right and deprivation of civil rights under color of law resulting in bodily injury and death of an inmate May 17, 2018 at Western Illinois Correction Center.

I have lived in Brown County since I was about 5years old and in Mt Sterling since 1979. I have worked at the Brown County Health Department for the last 32 years. I serve as an elder at the Mt Sterling First Christian Church and volunteer for Brown County Against Cancer and RSVP. And, I am an avid Brown County Hornet Fan!

I have known Willie and his family for many years. I have watched Willie and his brothers grow up in this community. One of my early memories of Willie when he was in Jr High School. I was a contracted nurse for the school. One day I met Willie in the hallway at school and said Hi! He replied, "Hello! Mrs. Northup, how are you today?" I told him he could call me Robin as "Mrs. Northup', was my mother-in-law. Willie was very polite and respectful then and he still is. To this day he still calls me Mrs. Northup when he sees me, and I call him Mr. Hedden.

I have watched Willie at local sporting events over the last few years. He stands on the sidelines at football games encouraging the players. He did not have any kids playing football this year, but he was still there cheering the players on. I feel it take a lot of courage for Willie to come out to these events especially in this small community.

Willie was very proud when his daughter Gracie was crowned Homecoming Queen this year. He was quiet, but smiling from ear to ear. I congratulated him on Gracie being crowned Queen. He replied "It is pretty awesome" and just smiled.

Gracie, plays volleyball and basketball and you can always find Willie in the crowd cheering her on. He is there on the front row encouraging her and the rest of the team. He does not yell at them; he shouts out words of encouragement.

Willie's kid spends a lot of time at his home. He lives two houses from me and I see them coming and going.

My husband and I are friends with Willie's parents. In the past we have gone out to dinner with Debbie and Bruce. My husband is still in contact with Bruce. Life takes us in different directions, kids and grandkid seen to take up our time. We do not always get to do the things we use to do. I still talk with Debbie and I would call her and Bruce my friend. If I need anything, I feel I could call them to help. Being from a small community, we still talk and see each other at different events or even at the grocery store.

I have witnessed Willie to be courteous and polite and well-mannered. Willie is a loving and devoted father and son.

Thank you for reading my letter and I would ask you to consider the minimal sentence for Willie Hedden in his upcoming sentencing.

Sincerely,

Robin Northup

February 16, 2023

To whom it concerns:

My name is Debra Bordenkircher. I was an executive secretary to the highschool in Mt Sterling for several years. I belong to the Catholic church and was Women's Guild president three years, 4-H leader for several years and was involved in many fund raisers, etc.

I knew Willie thru his years in highschool and knew his family. He was an exemplary student, well behaved and popular. I am still best friends with his mother who was employed by the state police several years.

I'm aware of the charges against him and while serious I'm hopeful you will be lenient.

My concerns are that Willie has a heart condition which might complicate incarceration. The fact that he was a prison guard might also be problematic. He's a fine young man caught up in a terrible situation. He has 3 children who need his love & support. He's kind to his elderly neighbors helping with mowing etc. He attends their sports activities and even helps the coaches. His children are teenagers who need him both emotionally & financially.

Thank you so much for your consideration.

Debra Bordenkircher
Mt. Sterling Ill.

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 62701

Judge Myerscough:

I am writing this letter on behalf of Willie Hedden. I am a retired elementary teacher of 37 years. Our family has been long time members of Timewell Baptist Church and I currently serve as our church's choir director, as well as a trustee for the Brown County Library.

Although Willie was never a student in my classroom, he has spent many, many hours in our home. Willie and my son were inseparable from their earliest school days to high school. If you saw one of them, the other was always nearby, a real duo. As time went on they were not only classmates but teammates; T-ball, Little League, Jr. High basketball, and high school sports. Willie was a great athlete, particularly in football. He always showed good sportsmanship toward the opposing teammates, as well as compassion (usually after he'd made a great tackle!) Everyone on competing school teams knew and respected Willie's ability.

As time has gone on, I have watched Willie mature into a supportive and loving father. He has been the responsible parent that made sure his kids got braces when they needed them, arranged for pick up from sports practices, checked with teachers on schoolwork and took his daughter to numerous out of town, overnight tournaments. He always attended every event they participated in, when a lesser man might have stayed home and not faced the public during the last few years. He has raised 3 wonderful children that have depended on him to be the reliable parent. As they are on the cusp of entering adulthood, Willie's support will be more important than ever.

The Hedden family and my family have been intertwined for many years, not only through our sons. Our daughter dated one of Willie's brothers, Willie's dad was

best man in our wedding and his mother and I have bowled on the same bowling team for a number of years. They are all good, good people and an extremely close family. They have faced the fact that their son and brother has been found guilty of this crime with grace.

It's hard to wrap your head around a guilty charge against a child I feel like I helped raise. I pray for this beautiful family every day. This family has endured more tragedies in the past few years than most families face in a lifetime. I pray also for your leniency in this sentencing. Willie is needed in the lives of his mom and dad, his brother and sister-in-law, nieces and nephew but most especially in the lives of his children.

Thank you for your thoughtful and compassionate consideration.

Mary Anne Kerley

Copy to :

Assistant U.S. Attorney

United States Probation Office

Attorney Mark K. Wykoff, Sr.

February 28, 2023

Sharon Teefey

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, Il 62353

Dear Honorable Myerscough,

My name is Sharon Teefey and I am writing to you on behalf of Willie Hedden and his upcoming
sentencing. I have known Willie all of his life and am personal friends with his family for several
generations. My work life of 34 plus years as a public school educator and statewide union
advocate with the Illinois Federation of Teachers kept me working outside the community the
majority of time until July 2017, when I retired. Since retirement I have lived full time and have
been active in the Brown County community. Throughout these last several years I have been in
contact with Willie on a regular basis and have personally witnessed his interaction with family
and community.

While there is no justification or excuse to harm or take a human life, irrevocable actions do
happen, debts are paid, and the individual carries the results of their action(s) with them for life.
It can either harden one or make one remorseful. Throughout the last few years, Willie has
remained a quiet, visible part of our community working multiple jobs to support his children. He
is actively involved in the lives of his kids and is a person who helps out where he sees the
need, regardless of how large or small. He is a conscientious member of our small community
who does the little things that go unnoticed like helping an older neighbor with a simple task or
seeing volunteers packing up after a community event and stepping in to help out. All of which
are family traits and vital to a community, especially a small community where everyone knows
everyone and ones history.

With all due respect to it being your decision, I ask that you consider a lenient sentence for
Willie Hedden. I feel safe in Willie's presence and, in time, with Willie returning and continuing
to contribute to our community.

Thank you for your consideration.

Sincerely,

Sharon Teefey

Sharon Teefey

CC:     Assistant U.S. Attorney
        United States Probation Office
        Attorney Mark K. Wykoff, Sr.

## Hendricker Funeral Home

406 SOUTH CAPITOL AVENUE
MOUNT STERLING, ILLINOIS 62353

(217) 773-3362  FAX (217) 773-3363

February 27, 2023

The Honorable Sue E. Myerscough
U. S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Honorable Judge Myerscough:

My name is James Hendricker from Mt. Sterling, Illinois. I respectfully wish to share with you some information about Mr. Willie Hedden, that hopefully will assist you with your decision regarding his sentencing.

I have known Willie for well over 30 years and have always thought of him as a respectful person, who was raised in a loving family.

For a little background, I should state that I own the local funeral home in our community and have served Willie's family on a few occasions over the past years. During these interactions, I witnessed nothing but a caring family man who was always easy to work with.

I also had the opportunity to coach his son in both baseball and football a few years ago, and came away from that experience knowing that Willie was a true family man who was willing to teach not only his own son, but loved to help the other children as well.

I don't want this letter to be too lengthy, so in summary I guess the point I would like to make is simply that I believe Willie Hedden is a decent man who made a terrible mistake.

I do not wish to make light of the incident that occurred by any means, but simply ask for compassion when you consider the sentence you will impose.

Thank you so much for including my letter in your thought process during this difficult decision.

Sincerely,

James J. Hendricker

CC:  Assistant U. S. Attorney
United States Probation Office
Attorney Mark K.Wykoff, Sr.

John and Lana Nuessen

February 25, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, Illinois 62701

Dear Honorable Sue E. Myerscough,

The following is a background description of the two people that composed this letter.
Lana Nuessen: a retired school teacher that taught in the Brown County School system for over 30
years at the elementary level; a volunteer at St. Mary Elementary School; attends Holy Family Church;
a member of T.T.T. (a women's civic organization); a volunteer at the local Christmas Adopt A Family
and church funeral dinners.

John Nuessen: a retired insurance agent and former part owner of the Yingling-Nuessen Insurance
Agency, member of Holy Family Church, Knights of Columbus, past Board Member of Gardner Camp
in Hull Illinois for six years; former St. Mary School school board member; former member of Brown
County Housing Authority Board; and has served on various committees supporting youth and
conservation.

We have known Willie Hedden, his siblings, and his parents since he was a child in elementary school.
We have watched him participate in sports along with our children. In high school, he excelled in
football and our daughters knew him as a friend and classmate. He has been a guest in our home over
the years and was always polite and a pleasure to have in our midst. Willie was the guy everyone
enjoyed calling a friend and fellow athlete. He always worked hard learning the skills of playing
football and earned a scholarship to play college football at Milliken University in Decatur, Il.    After
college, he returned to Mt. Sterling and started a family. He and Amanda had three children which
were at the center of his world. It was obvious he took the responsibility of being a father seriously.
When I volunteered at St. Mary School, I became acquainted with the three children. Willie was a
hands on parent caring for them after school, showing his love and concern for their health, safety and
education.

At one point, Willie told us that he had an opportunity to switch from Western Illinois Correctional
Center to another institution in southern Illinois. He mentioned that it would be a good transition for
him personally and workwise. However, he did not want to leave the Mt. Sterling area and his
children. Willie loved caring for them on his days off and being close if they needed him. I noticed
that the children depended on their dad and loved it when he picked them up at school. Willie's
influence shows through in the children. Ethan, his eldest son, is in college and a very bright young
man with a promising future. Luke, his second son, graduated from high school and is working with a
local construction company.   His daughter Gracie is finishing her Senior year of high school and has
been a star athlete in volleyball and basketball and will attend college.   She is a very hard worker in
everything she attempts. She is well-liked by her peers and teachers.

We are aware of the charges that were filed against Willie and accept the verdict the Court has
rendered.   We also appreciate the fact that the Judicial System has allowed him to be physically

present for his children during their formative years when a father's influence is so important.

We ask that the Court show mercy in imposing the sentence. He is a good man, father and friend that we believe does not present a threat to anyone in our community. His children need him as a supportive parent and they need the fatherly love only Willie can give them. This small community recognizes the sorrows of Willie and the entire Hedden family during the last five years and continues to treat all of them with the dignity, respect and kindness we feel they deserve.

In closing, we request the Court show leniency on Willie Hedden's sentencing as his family, friends, and the community are anxious for his return with open arms.

Sincerely,

*John Nuessen*
*Lana Nuessen*

John Nuessen
Lana Nuessen

Copy to:

1. Assistant U.S. Attorney
2. United States Probation Office
3. Attorney Mark K. Wykoff, Sr.

**Nicole Wachter**

███████████████████

March 3, 2023

**The Honorable Sue E. Myerscough**
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Dear Honorable Sue E. Myerscough,

My name is Nicole Wachter. I am a lifelong resident of Brown County. I was a member of the Illinois Army National Guard from 1999 - 2003. After the birth of my two boys, I spent five years as a Breastfeeding Peer Counselor for the Brown County Public Health Dept. I have been a small business owner in Mt. Sterling for the last eight years. Through my business, I have worked with numerous nonprofits to raise funds and awareness for local causes.

Willie Hedden is my cousin. I have known him my entire life. Willie and his brothers were some of my closest family growing up. We spent summers together as children at our grandparents house on the Illinois River. Willie has always been an individual I can confide in. Despite the hardships he's faced, Willie has remained strong for his family and is currently raising bright and caring children.

While my history with Willie has always been a hugely positive experience, I recognize the gravity of the charges against him and the fact that he has accepted guilt. I echo his request for mercy throughout the sentencing process.

I would like to take a moment to reflect on my relationship with my cousin. Willie has had a positive impact on the people around him since he was a child. One of my strongest memories growing up is Willie rescuing my younger sister who has Down Syndrome. We were playing in the river when she was pulled out into the current and unable to swim back. Willie rushed to save her without hesitation. That is who Willie is.

In times of hardship or uncertainty, Willie is one of the first people to reach out and offer support. Willie is well-known to be the type of person to put the needs of others before his own. Evidence of that is shown in the success and wellbeing of his children, and the outpouring of support you will no doubt be reading in these letters. While I understand and accept the Court's decision, I pray that the Court recognizes the detriment to his family that Willie's extended removal will create.

It is my opinion that the best way for Willie to atone for his actions is to return to the community and continue being a positive influence in all of our lives, which can only happen once his sentence is fulfilled. For these reasons, I humbly request the Court employ mercy, and show leniency in Willie's sentence.


Sincerely,

Nicole Wachter



Copy to:

( 1 ) Assistant U.S. Attorney
( 2 ) United States Probation Office
( 3 ) Attorney Mark K. Wykoff, Sr.

Brad Smith –

March 13, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, Il 62701

Dear Honorable Sue E. Myerscough,

My name is Brad Smith. I have worked for the Brown County Highway Department for the past 13 years and am currently the Maintenance Foreman. I also serve on the Mt. Sterling Township Board as a Trustee. I live in rural Mt. Sterling with my future wife and two children, Bennett (7) and Maggie (3).

I am Willie Hedden's first cousin, so I've known him virtually my entire life. Willie is 7 years older than me so throughout my childhood and even into adulthood, I've looked up to him more like an older brother, especially as it relates to becoming a father. Throughout his children's lives, I've watched Willie be an example of the role a father should play in his kids' lives. He is extremely active through all of their school and sporting events. It's obvious when looking at his three kids, that they admire their dad in the same way I did growing up. He's a loyal friend, a hard worker, and a loving son, brother, uncle, and father.

I am aware that Willie has been found guilty of the charges rendered against him. I am very grateful that he was allowed to be present in his kids' lives the last few years as they moved through high school and in to adulthood. As we all have, he made a poor choice, and now must accept the consequences of his actions.

I would request that the Court grant leniency when imposing his sentence. His children are moving in to adulthood and need the love, support, and guidance that only a dad can give. By all accounts, Willie is a good man that presents no threat to his community. He comes from a good family with loving parents, and I have no doubt that he has a future before him where he continues to contribute to our small town and still plays a major role in his children's lives.

I appreciate the opportunity to share my thoughts.

Sincerely,

Brad Smith

Brad Smith

Copy to:

1. Assistant U. S. Attorney
2. United States Probation Office
3. Attorney Mark K. Wykoff, Sr.

Feb. 24, 202_

Honorable Judge Myerscough,

I am writing this letter to convey my opinion of the Type of person Willie Hedden is.

I have known Willie since he was a teenager hanging out with his friends. Sometimes at our house and around town. He always exemplified a courteous and compationate person. His parents and grandparents are good, supportive, upstanding people in the community. Brown County is such a small community so anyone who has lived here for 30 plus years knows everyone else.

Willie and his entire family are also customers where I work, Aprils Floral Shop, in Mt. Sterling. Willie is always sending flowers to someone in appreciation or to acknowledge an accomplishment of a goal, or good deed done.

He has been a single father for many years. Always involved with his childrens activities. He is very close to his children and extended family.

While I know Willie knows his error in judgement has come with a high price in our community, I also know he has remorse and the good people of the area have rallied around him and his family to now give him support

and let him continue on with his life.
Thank you for your time and consideration
on this matter.

Sincerely
Kathy J Golliher

February 26, 2023

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 East Monroe St.

Springfield, IL 62701

To: The Honorable Sue E. Myerscough,

My name is Ann O'Sullivan and I am writing this letter in support of Willie Hedden. I have lived in Mt. Sterling since 1989, when my husband was appointed the first Warden of the Western Illinois Correctional Center. I am a nurse and nurse educator. I was Associate Professor and Assistant Dean at Blessing Rieman College of Nursing and Health Sciences from 1989-2017 when I retired. I am still active in my nursing profession in leadership roles in various professional organizations and I teach online nursing courses at Illinois College, Jacksonville and at Joyce University, in Utah. I am active in my community on the Boards of the YMCA and the Rolling Greens Golf course. I am also active in my parish, Holy Family Catholic Church, as Coordinator of Religious Education.

I have known Willie Hedden for 20+ years as a family friend and as an active member of our community. His daughter and my granddaughter are seniors in high school and have played softball and basketball together since they were in grade school. Debbie Hedden, Willie's mom, and I have spent much time together cheering for their teams over these years. Brian Hedden, Willie's brother, lives next door to me and we visit frequently.

I am aware of the charges and the guilty verdict against Willie and that he has asked the Court to be merciful in imposing sentence. I believe Willie should receive a minimum sentence of incarceration. He is a fine, upstanding member of our community. He has done a lot of work on himself in the last 5 years. He is at the YMCA working out every day. His family is very supportive of him and the work he has done to improve himself. They are very active in the community also. Willie is very involved with Gracie, his daughter, in her life and sports endeavors. He helps the coaches with score keeping and other activities as requested.

I truly believe Willie will continue to be very involved in our community and in youth sports in the future if her is permitted to serve a minimum sentence.

Respectfully submitted,

*Ann O'Sullivan*

Ann O'Sullivan, MSN, RN, NE-BC, ANEF

*February 27, 2023*


*The Honorable Sue E. Myerscough*
*U.S. District Court Judge*
*600 East Monroe Street*
*Springfield, Illinois 62701*

*Please allow me to introduce myself.  My name is Netty Hatch.  I live in Mt. Sterling, Illinois and have my entire life.  I am of the Catholic Faith and have served as Eucharistic Minister, Lector and served on many fundraising events. I have two children, Lori Howell an RN for Portsmith Naval Hospital in Chesapeake VA and Kyle Hatch, a QPD officer in Quincy, Illinois.  I currently am employed at The Brown County State Bank being an Executive Assistant to President Philip Krupps.  I have been with this company for over 47 years.*

*My relationship to Willie dates back to the moment he was born.  His mother and I were best friends and my husband and his father worked together.  I have watched Willie grow up his entire life as we live in the same close knit community.  My daughter went to high school with Willie.  We attended, as a family, many of his football games.  Willie was a "team" player and excelled greatly. Willie's first checking account was at Brown County State Bank.  So, we have a very long standing friendship, of which I am very proud of.*

*Willie became a father early in his life, having completed high school and some college where he attended on a football scholarship.  Willlie was eager to take on fatherhood and provide for his family.  To that union, two more amazing children were born.  Willlie is such a great father.  He was as much a hands on parent as their mother.  It wasn't called "babysitting" in their family. Willie literally was "dad" in every aspect of their lives from birth to current.  He never ever missed anything that his three children were involved in.  His oldest son excelled academically in which Willie's pride and encouragement was very much a part of the excellence he achieved. His second son was more athletic and Willie helped to groom his desire and passion for sports. Lastly his daughter ….. The apple of his eye so to speak. She is his star basketball player and volleyball player in which Willie never, if he could help it, missed a game. To say he was their biggest cheerleader is an understatement.  He beams with pride when he comes into the bank and talks to me about their achievements. Willie LOVES his children and is an integral part of their lives.  So much so, that I am <u>sincerely concerned </u>about what they will do when he goes away.  They have an amazing support system with all their grandparents, friends, extended family AND the community in itself.  But <u>nothing </u>like the love and presence of their father.  They still need him Your Honor. Willie wants nothing more than to be there for his children.  He is only 44 years of age. He still has a bright future with so much more to accomplish. I want Willie to be there for his children as they grow more into adulthood.*

*I am aware of the charges rendered against Willie and that he was found guilty of said charges. My plea is that you please be merciful in imposing sentence.  I am begging the court to please give Willie the minimum period of incarceration for such an offense.*

*Sincerely,*

*NETTY HATCH*

*Copy To:*

*Assistant U.S. Attorney*
*United States Probtion Office*
*Attorney Mark K. Wykoff, Sr.*

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 62701


To Whom It May Concern:

Our names are Dave and Erin Phelps and we are writing on behalf of Mr. Willie Hedden. Dave is a teacher, coach and athletic director for Brown County School District. Erin is the Director of Christian Education at Timewell Baptist Church.

I (Dave) have had all three of Willie's children as students in school and have been his daughter's basketball coach for the past four years. During this time Willie has been an involved parent in all of his children's activities. My most recent contact with him has been during the last four years. During that time, he has been present at all of Gracie's games and been supportive of her and our program.

We are aware of the charges against Mr. Hedden and aware he has been found guilty. We are writing on his behalf that he receive a minimum period of incarceration. Our experience with him is observing his role as a father. We have observed that he takes this role very seriously. His children are very obviously his priority and he values and takes seriously his role as a father. He has raised good students, workers, and kind children who will be productive members of society. If permitted the privilege of serving a minimum sentence he will undoubtedly continuing being a very supportive father to his children which is a vital part of any child's life.

Thank you for considering this information in your sentencing decision.

Sincerely,

Dave & Erin Phelps



Copy to:

(1) Assistant U.S. Attorney

(2) United State Probation Office

(3) Attorney Mark K. Wykoff, Sr.

THE HONORABLE SUE E. MYERSCOUGH,

MY NAME IS ANITA LONG. I HAVE
LIVED IN BROWN COUNTY ALL MY LIFE
AND RECENTLY RETIRED FROM DOT FOODS,
I HAVE KNOWN THE HEDDEN FAMILY FOR
MANY YEARS AS WILLIES MOTHER IS
A DEAR FRIEND.

WILLIES CHILDREN ARE OUTSTANDING
YOUNG ADULTS IN OUR COMMUNITY. HE
HAS DONE A GREAT JOB IN RAISING
HIS CHILDREN. THEY ALL HAVE BRIGHT
FUTURES AND I FEEL THEY CONTINUE
TO NEED THEIR FATHER TO HELP THEM
ALONG THE WAY. CHILDREN ARE OUR
FUTURE AND THESE ARE 3 THAT WILL
MAKE THE WORLD A BETTER PLACE, I
PRAY YOU WOULD HAVE MERCY ON
WILLIE TO LESSEN HIS SENTENCE
SO HE CAN CONTINUE TO BE BESIDE
HIS CHILDREN AND HIS MOTHER AND FATHER.

THANK YOU

Anita Long

Colleen Loehr

March 1, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

To The Honorable Sue E. Myerscough:

My name is Colleen Loehr and I currently reside in rural Versailles, IL, in Brown County. I moved to
Mt. Sterling, IL in 1989 when I was in 3rd grade and lived there until I went to college in 1998. I
moved back to Brown County in 2006 and have lived here since. I have been married for 19 years
and have two daughters. I have worked for Dot Foods, Inc. for the past 15 years.

I have known Willie Hedden personally since 1994 when I started going to Brown County High
School. Willie was two grades older than me so I attended high school with him for two years. Willie
is a kind, caring person, and a good friend to all who know him. He would help any of his friends
when needed. I also know his brother, Brian, who is one year younger than me. Fast forward to
2008 and my daughter Melanie went to St. Mary's School preschool with Willie's children Luke and
Gracie. Melanie and Gracie have been in the same grade since then so we have been around Willie
and his family quite often over the past 15 years.

I am aware that Willie has been found guilty of the charges against him.

I am asking the court to grant leniency on Willie Hedden when sentencing him. Willie has been a
steady and supportive father figure to Ethan, Luke and Gracie and they need him in their daily lives.
Willie attends every activity they are in that he can whether it is a drama production or sporting
events. Willie is a great supporter to them and other kids. My daughter has played sports with
Gracie since 5th grade. She has struggled to find confidence in herself in sports but has made
amazing strides since then. Willie has been a big cheerleader for her on every team she's been on
and outside of sports. He is always cheering her on, building her up and encouraging her. He has
been a strong positive influence on her life and her growth into a strong young lady. Ethan, Luke
and Gracie need their dad to serve a minimum sentence so he can rejoin them and continue to
nurture and support them as they become adults.

Sincerely,
Colleen Loehr
Colleen Loehr

The Honorable Sue E. Myerscough

U.S. District Court Judge

600 East Monroe Street

Springfield, IL 62701


My name is Dane Flesner I am the current City Clerk for the City of Mt. Sterling, IL. Last time I wrote you a letter it was in reference to my mother's case and at that time I was the mayor. You spoke to me in your courtroom during my mom's sentencing and I will always remember that day. My mom's name is Cathy O'Connor (Henricks), and she was potentially facing a not so good sentence. You found it in your heart to give her a house arrest sentence where she could go to work only.  I want to thank you for that again as she is doing awesome these days and is a present/wonderful grandma to my three boys and is managing a Conoco station here in Mt. Sterling and continues to make us all proud of her.

 I am writing today in reference to my very good friend Willie Hedden. Willie and I have been very good friends since I can remember. His brother Brian is my best friend in the whole world and the age difference is minimal between Brian and Willie so he has always been there too. Willie has always been a very good friend and a guy that literally is always a phone call away. He has helped my family move numerous times and as we all know that is not fun work, but he has a big heart and always willing to step up. My family sure does love Willie. I am fully aware of the magnitude of the charges Willie has been found guilty of as well. Since it all was announced in the news, it has taken a toll on all of us that love him and have known him all our lives. The whole situation is heartbreaking for both parties involved, and my thoughts and prayers go out to all families involved in this situation. I guess the main reason I write to you today is to ask the court to be merciful in imposing a sentence. Willie has three kids with the youngest being his daughter who is a senior in high school. The love he has for his kids is second to none and they are all three great members of society. He has always instilled in them hard work, responsibility, and to just be good people which they have all more than done. Willie doesn't miss anything when it comes to his kids and never

has. He is a wonderful father. I'm hopeful that he will get a minimum period of incarceration as I think Willie has so much left to give to this world, his family, friends, and our community. His kids look to him for guidance, and I just hope that someday sooner than later no matter the determination of the court that he gets to again be there to give his kids and family what he does now.

In closing I want to thank you for taking the time to read my letter and for the job you do as I'm sure it is not always an easy one. I write this letter with the same hope as I did with the one I did for my mom. You gave her a chance to become a productive member of society, a present grandmother, great mother, and just a person who their family would be proud of which I will always be thankful for. Had she not had to face all the demons and just sit in prison I honestly don't think much would have changed. I believe this is similar in the fact that Willie can make such a difference if he is able to be present as soon as possible for his kids, family, and his community. Thanks again for listening and I hope you are doing well your honor.

Dane EJ Flesner

"Copy to:"

1. Assistant U.S. Attorney
2. United States Probation Office
3. Attorney Mark K. Wykoff, Sr.

The Honorable Sue E Myerscough

U.S. District Court Judge

600 East Monroe Street

Springfield IL 62701

Good day your Honor.  My name is JR Parn and I am writing this letter on behalf of Willie Hedden. My hope is that you will see Willie as the man that I see and understand his value,  not just to his children and family, but to our small community.  We live in a community of less than 2000 people and the reality of what transpired that day at Western Illinois Correctional Facility is lost on no one. The time between then and now is when I moved back to Mt Sterling, the community I grew up in.

I'm a financial professional for Prudential, a veteran of the United States Air Force and the proud father of two fine young teenage men.  I am the treasurer of Lydia's House in Keokuk IA which is a home for battered women.  I have served as President in the Carthage Illinois Kiwanis club and served as VP of the Carthage Library district.  I love to cook large barbecues and do so often for charities and local fundraisers.  I believe in community and having a strong neighborhood to raise my kids in.

I have known Willie Hedden since middle school.  He is 3 years younger than I am but his talent in sports had him playing varsity sports as a sophomore and there I got to know him well.  Willie has a lot of heart and physical attributes which served him well in football and other athletic ventures.  My group of friends enjoyed watching Willie take football to the college level and after always jumped at the chance to get together over the years.  Over the distances created by life I have still maintained a close relationship with a core group of friends from home that Willie is very much a part of.  This community and close group is what brought my family back to Brown County.

I will not attempt to put myself in Willie's shoes and try to tell you what his thoughts and motivations are.  I will tell you however that his actions that I have witnessed over the past 18 months have been that of a great father and son.  I have seen a man showing up to support his kids when most would have cowered or hid in shame.  Willie has been open and honest about his remorse for that day, but never once have I heard him complain about what he faces or attempt to lessen in any way the gravity of what happened.  I know that his being able to come forward and let the weight of what happened go is what has allowed him to remain the father, son, and valuable member of our community that he has continued to be.  Aside from my own selfish desires to have a friend back sooner I hope you will consider that Willie is a major part of three young adult lives that very much need their father.

I know Willie Hedden to be a man of honor and integrity.  He was raised in a family with very strong values, and they mean very much to our community.

When sentencing please consider that Willie Hedden is so much more than a man involved in that terrible day.  He has a very bright future as a member of a community that loves him and the father and someday grandfather of a great family.

I thank you for your time.

COPY TO:

ASSISTANT U.S. ATTORNEY

UNITED STATES PROBATION OFFICER

ATTORNEY Mark K. Wykoff, Sr.

Connie (Hedden) Langan

March 10, 2020

RE: Mr. Willie Hedden

To The Honorable Sue E. Myerscough

As his paternal aunt, it is with sincerity that I write this letter as a character witness for Willie Hedden. I have lived in Brown County all of my life. Before my retirement in 2017, I was the Community Services Director for Two Rivers Regional Council for 14 years. I was a grant writer and program administrator for social services programs for the low income families of Adams, Brown, Pike, and Schuyler Counties. After leaving Two Rivers, I spent 14 years working for Dot Foods where I dealt with drivers from all across the continent.

I raised my two children here in Brown County with the love and support of my extended family. My brother Bruce's three boys and sister Pat's three girls were with my two kids a lot. We had frequent family gatherings including the grandparents and great-grandparents. They had many sleepovers and adventures together at our farm throughout their school years. Willie was always kind and fun-loving and the kids loved having him around. Our families have remained close as the children grew-up and started their own families.

It was with great sadness that we learned of the trouble Willie was involved in at WICC. I was, however, proud that he stepped up and pled guilty to the charges against him in hope that the Court be merciful in imposing sentence. Willie is a wonderful father to his three children and has been their primary caregiver since his divorce from their mother. The children are all upstanding and respectful and have enjoyed success and popularity in school. Willie never misses a game or activity the kids are involved in. A minimal sentence for Willie would be essential in guiding his children on through the crossover into independence and adulthood.

It is my sincere hope the court take this letter into consideration at the time of sentencing. Despite the charges against Willie, I believe him to be an honorable man, a valuable member of our community, and a good human being.

Sincerely,

Connie Langan

To the Honorable Sue E. Myerscough,

My name is Doug Henry. I am a local business owner in Mt. Sterling, IL and have been operating Henry automotive since 2002. I am a lifelong member of the Crossing church and oversee the high school youth ministry. I've been a coach of many local teams and am active in the community.

I've had the pleasure of knowing Willie my entire life. Our fathers were classmates in high school and have remained close. I've spent time with Willie in social settings and he's always been upbeat, positive and encouraging toward others. Most recently though time spent together almost always involved a game of some kind. Whether football, basketball or baseball our kids lives were intertwined through sports. There was not a game I can remember that he was not on the sidelines or in the bleachers cheering on his kids and their teams. I can personally say Willie would go out of his way to compliment my kids on their accomplishments. He always had the nicest things to say about our sons playing football side by side on the field.

I've also had many interactions with Willie as a business owner. He's been a customer for many years, always courteous and friendly.

I am aware that Willie has been found guilty of the charges against him and ask at this time that you would please be merciful in your sentencing. Willie is a kind person. He made a mistake that he regrets every day. He has spent the last few years of his life under scrutiny while his trial went on. During all that time he maintained a positive outlook on life. He has lived his life freely and publicly during his trial and has been absolutely no threat to anyone. The stress he's been under has caused health concerns, including heart issues that I fear will only worsen with a long sentence. Willie has three children to help provide for not to mention the detriment of not having him present for a long time. You have the power to lessen that amount of time. Please consider his close family, good friends and our community as you make your decision. Willie has a lot to live for and we ask that you would give him that opportunity by helping make his sentence as short as possible. Thank you for your consideration in this matter.

Sincerely,

Doug Henry

Copy to:

Assistant U.S. Attorney

United States Probation Office

Attorney Mark K. Wykoff, Sr.

To the honorable Judge Sue E. Myerscough,

My name is Darren Henry, I am a business owner in Mt. Sterling, IL where I have lived my whole life. I have always been involved in our community. I've always enjoyed coaching different sports at different age levels and always look for opportunities to serve the community.

I have known Willie since middle school, he was 2 grades above me. I played multiple sports with Willie growing up and spent quite a bit of time with him through our school years. After school we stayed in touch as friends, still playing some sports together and seeing each other around the community. I run an automotive repair shop and Willie has also been a long time customer of mine.

I know that Willie has been found guilty of the charges against him and I'm am asking that the court will be merciful in his sentencing. I ask for mercy because I have grown up with him and I have seen him become an amazing father and valued community member. Willie has a great heart and is always welcoming and encouraging. He has always been extremely involved in all 3 of his kids lives and activities. Anytime we talk about his kids he can't help but speak like a proud dad that loves his kids so much. I also get to witness that Willie has a large circle of friends, almost to the point that he doesn't know a stranger. Anywhere that you see him, whether it be at the grocery store or at a ball game, you will probably see him talking to multiple different people in that setting.

I understand that a punishment must be handed out but I ask that it be minimal. Willie is an asset to our community. He is needed in the lives of all 3 of his kids and he is needed in the lives of his mother and father and the rest of his family. Willie improves and brightens the lives of the people around him so I hope you will be willing to show mercy to him and to all the people who will be affected by his absence.

Yours truly,
Darren Henry


Copy to:
Assistant U.S. Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

February 27, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Your Honor,

My name is Christopher Ormond. I am 46 years old a Correctional Sergeant and
member of the city council of Mt Sterling Il. I have known Willie Hedden for over 30
years. I have known Willie to be an upstanding member of our community. Willie is an
amazing father and has dedicated his life to raising 3 extraordinary children. I know
Willie to be a caring, giving and compassionate man. During the trial in which Willie
testified my sister sadly succumbed to cancer. Even though Willie was dealing with his
own difficult situation he went out of the way to show support for me and my family.
His heartfelt sincerity and condolences meant the world to all of us. This is just one
instance of selflessness that he has shown throughout his life. I am aware of the weight
and seriousness of the charges Willie has plead guilty to. Willie has and will continue to
be contrite and remorseful for his actions in this matter. I am pleading for leniency in
sentencing Willie. I know if given the chance Willie can once again be an outstanding
father, family friend, and valued contributing member of our community.

Sincerely yours,

Christopher Ormond

Copy to

1)  Assistant U.S. Attorney

2)  United States Probation Office

3)  Attorney Mark K. Wykoff, Sr.

February 25, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe St
Springfield, Il 62701

Honorable Myerscough,

I'm writing this letter on behalf of the upcoming sentencing for Willie Hedden.

My name is Deborah Willis. I was born and raised in Mt Sterling, IL and have known the Hedden family all of my life.
My husband Robert and I owned and operated an independent insurance agency in Mt. Sterling, The Willis Insurance Agency, for 32 years. We retired and sold our business 8 years ago. Many of the Hedden family were clients of ours.
I have served on our local library board, as well as served on the originally formed Tracy Family Foundation board.
Mr. Hedden's parents are close friends of ours. His father and I graduated from High School together, and we socialize occasionally with a group of our fellow classmates.
I am aware guilty charges were rendered against Mr. Hedden, and also aware of his request for leniency in his sentencing.
I have great concerns with Mr. Hedden's medical conditions, having had 2 heart attacks, and pancreatic problems. I feel that the more time he spends alone, and away from his family and those he loves as support, would only aggravate these health concerns.
Mr. Hedden has raised three exceptionally bright children. They are all very sports and academically minded, and leaders in our community. His only daughter just finished her sports career as a Senior, playing basketball in the State finals.
Mr. Hedden and his children are all very well respected, and They have been a vibrant part of our small community.
I have prayed for Mr. Hedden and his family for the past 5 years. I know the prolonged years they all have endured have been very difficult, and stressful on everyone who knows and loves the family.
Mr. Hedden is a wonderful man, and There are many many people in our community who support him.
I am asking and praying that if it is in your heart, please give him leniency in your sentencing.
Thank your for your time,

Most sincerely,
Deborah Willis

Cc: Assistant US Attorney
United States Probation Officer
Attorney Mark K. Wykoff, Sr.

Joseph Hea

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 E. Monroe Street
Springfield, IL 62701

RE: Character Reference For Willie Hedden

Your Honor,

My name is Joe Hea and I have lived in Mount Sterling, IL since 1999. I transferred from Pittsfield Work Camp to Western Illinois Correctional Center in 2001 which is around the same time Willie Hedden was hired. Willie and I made fast friends and stayed in contact after I resigned in 2012 to pursue my entrepreneurial ambitions. My wife Danielle and I owned and operated Sweet Tees, screen printing an embroidery, now known as KLC Ink. I am currently back at IDOC as a Sergeant since 2019.

Since I have known Willie, he has regarded his children the number one priority in his life. He will not miss a sporting event or any other occasion involving Ethan, Grace, or Luke. They are literally his life and they need him. Willie Hedden is the very depiction of a devoted and protective father. He's a pretty darn good friend as well. He helped me coach our boys, Luke and Evan, in baseball for a season and he definitely made it fun. He immediately connected with all the boys on the team and they respected him.

Needless to say, I was aghast when I heard of the charges against Willie. I am aware of his guilt and fully realize the court is obligated to impose retribution.

I am asking for leniency and pray that Willie Hedden be sentenced the minimum period of incarceration. I can personally attest that Willie would not be a danger to anyone if he was to walk freely for the rest of his life. Whatever bed space is reserved for Willie would be much more useful for someone that is actually a threat to other people, which Willie is not.

This incarceration is going to have a profound impact on the people that need Willie the most. Ethen, Grace, and Luke Hedden. He'll be greatly missed by all of us.

Sincerely Yours,
Joseph Hea

cc:
Assistant U.S. States Attorney
United States Probation Office
Attorney Mark K. Wykoff, Sr.

March 15, 2023


The Honorable Sue E. Meyerscough
U. S. District Court Judge
600 East Monroe Street
Springfield, IL 62701


Your Honor,

My name is Lani Wilson, I currently reside in Jacksonville, Illinois and have for over twenty years along
with my husband and three children. I am employed by Memorial Health System as a System Contract
Analyst.

I grew up in Mt. Sterling, Illinois and have known Willie Hedden and his entire family for the majority of
my lifetime. We attended grade school and high school together, my brother was friends with Willie's
older brother Jason, and my husband is also very close with Willie and his younger brother Brian Hedden.
Coming from a very small community we have several ties with friendships and relatives. Willie and I
have spent countless hours together through the years, sharing both good times and bad. Willie is a friend
that we can count on, who is loyal and has always had our best interest.

I am aware of the guilty charges against Willie. I ask that you are merciful in his sentencing for the
benefit of his parents and his three children. Willie's mother, Debbie, tragically lost a son, Jason several
years ago, losing another son in addition to the past trauma, as a mother I feel a deep sadness for her and
ask you spare her the heartache with the minimal sentencing for the sake of her peace. In addition,
Willie's three children are all growing up and headed toward exciting years, with many life changes that
will be an unforgettable time for each of them that they will undoubtedly miss not having their father able
to participate in. Willie is large part of all of his children's lives and has been since they were all born, he
is a thoughtful, considerate and sensitive father to all of his children, who you can clearly tell that he
adores and loves very much.

In closing, the sentencing not only effects Willie, but significantly those that are close to him and depend
on him to guide, encourage and support them for the duration of their lives. I ask for leniency for all of
their sake.

Thank you for your consideration,

*Lani Wilson*

Lani Wilson


cc:     Assistant U.S. Attorney
        United States Probation Office
        Attorney Mark K. Wykoff, Sr.

March 10, 2023

The Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

Your Honor:

My name is Nathan Wilson and I've known Willie Hedden since junior high. We grew up together in Mt. Sterling, IL. I consider Willie one of my best friends and we correspond almost daily.

I currently reside in Jacksonville, IL with my wife and three children. I have been employed by the Illinois Community College Board in Springfield, IL for over twenty years. I am the Deputy Director for Research and Information Technology.

My friendship with Willie was bound early in life through our mutual love of sports. Willie was an excellent athlete in high school which translated into many accolades including All State football honors. This meant numerous offers to play football in college. He selected Milliken University and was a standout immediately. I visited Willie often during his time at Milliken and was able to see his leadership skills and strong relationships with teammates from diverse racial/ethnic and socioeconomic backgrounds.

The accomplishments of Willie in sports were directly related to his considerable work ethic, discipline, and determination. This has crossed over with his dedication and devotion to his three children. He has instilled these same characteristics in them, and all have excelled. He has guided them all on paths to success from Ethan's soon graduation from Washington University with a degree in Computer Science and Economics, to Luke being all-conference football and wrestling, and Gracie's many recognitions in volleyball, basketball, and academics.

Willie is an excellent friend and father. He has been a model citizen his entire life and I do not believe the events that occurred are indictive of his true character. His cooperation with federal officials is evidence of his integrity and decency. I appreciate the opportunity to share information about Willie and hope it's taken into consideration at his time of sentencing. I understand the seriousness of this matter, but hope some leniency is considered which will allow Willie to soon return to being a valued member to his family, friends, and community.

Sincerely,

*Nal N UN*

Nathan Wilson

CC:     Assistant U.S. Attorney
        United States Probation Office
        Attorney Mark K. Wykoff, Sr.

The Honorable Sue E. Myerscough,

I am April Cline I am a resident of Brown County for 59 years. I have been in business as a florist for 29 years.

I have known Willie Hedden since he was a young boy. I have also known his Mom. They are good people. Willie has been a customer of mine for a long time. He has sent a lot of flowers in the time I have been in business. He has sent them to his mom, his friends and to people he just wanted to show support too. He has been in my store with his children. He is a good Dad. I have seen him

do things for his kids and.
for his kids friends.
He is the more stable parent
of his kids. He takes care of
them in a Dad capacity and
a Moms.

I understand he made a
mistake in judgement but
I feel like no one know
what we would do if
faced with a situation
Good people make mistakes
I feel like he would be
so missed in our community.
as a parent, as a son,
as a friend.
I feel like he is a
good man who deserves a
second chance.
I am afraid for his
kids and the impact of

this on him, his children
and his parents.

Please show leniency
to him. I feel like
our whole community would
be better for it.

Thank you for
your time!

April Cline